IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN D. BRUTON** | \* |
| Plaintiff, | \* |
| v. | \* |
| **GEORGETOWN UNIVERSITY**<br>37th and O Streets, NW<br>Washington, D.C.  20057 | \*   Civil Action No.:   CV01874 RJL<br>\* |
| and | \* |
| **MEDSTAR HEALTH, INC.**<br>5565 Sterrett Place<br>Columbia, Maryland  21044 | \*<br>\* |
| and | \* |
| **MEDSTAR-GEORGETOWN<br>  MEDICAL CENTER**<br>3800 Reservoir Road, NW<br>Washington, D.C.  20007 | \*<br>\*<br>\* |
| and | \* |
| **GEORGETOWN UNIVERSITY HOSPITAL**<br>3800 Reservoir Road, NW<br>Washington, D.C.  20007 | \*<br>\*<br>\* |
| and | \* |
| **AMY LU, M.D.**<br>Georgetown University<br>3800 Reservoir Road, NW (4PHC)<br>Washington, DC  20007 | \*<br>\* |
| and | \* |

| | |
|---|---|
| **LYNT JOHNSON, M.D.** | * |
| Georgetown University | |
| 3800 Reservoir Road, NW (4PHC) | * |
| Washington, DC  20007 | |
| | * |
| **Defendants.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

Dear Clerk:

Please enter the appearance of Craig Brodsky, Esquire of Goodell, DeVries, Leech & Dann, LLP as counsel for Amy Lu, M.D., Lynt Johnson, M.D., Georgetown University, MedStar Georgetown Medical Center, Inc. (a/k/a Georgetown University Hospital), and MedStar Health, Inc. (collectively "Health Care Providers"), the Defendants in the above-captioned proceeding.

Respectfully submitted,

_____/s/ *Craig S. Brodsky*_____
Craig S. Brodsky (Bar #454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
Attorneys for the Health Care Providers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2006, a copy of the foregoing Entry of Appearance was mailed first class postage prepaid to:

Spencer F. Cargle, Esquire
Cargle & Associates
Attorneys at Law
67 Wall Street, 22nd Floor
New York, New York  10005

                                                _____/s/ *Craig S. Brodsky*_____
                                                Craig S. Brodsky (Bar #454924)