IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBIN D. BRUTON** | * | |
| Plaintiff, | * | |
| v. | * | |
| **GEORGETOWN UNIVERSITY**<br>37th and O Streets, NW<br>Washington, D.C.  20057 | *<br><br>* | Civil Action No.:   CV01874 RJL |
| and | * | |
| **MEDSTAR HEALTH, INC.**<br>5565 Sterrett Place<br>Columbia, Maryland  21044 | *<br><br>* | |
| and | * | |
| **MEDSTAR-GEORGETOWN**<br> **MEDICAL CENTER**<br>3800 Reservoir Road, NW<br>Washington, D.C.  20007 | *<br><br>*<br><br>* | |
| and | | |
| | * | |
| **GEORGETOWN UNIVERSITY HOSPITAL**<br>3800 Reservoir Road, NW<br>Washington, D.C.  20007 | *<br><br>* | |
| and | | |
| | * | |
| **AMY LU, M.D.**<br>Georgetown University<br>3800 Reservoir Road, NW (4PHC)<br>Washington, DC  20007 | *<br><br>*<br><br>* | |
| and | * | |

| | |
|---|---|
| **LYNT JOHNSON, M.D.** | * |
| **Georgetown University** | |
| **3800 Reservoir Road, NW (4PHC)** | * |
| **Washington, DC  20007** | |
| | * |
| **Defendants.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR A HEARING

NOW COME Defendants, Amy Lu, M.D., Lynt Johnson, M.D., Georgetown University, MedStar Georgetown Medical Center, Inc., Georgetown University Hospital, and MedStar Health, Inc. (collectively "Health Care Providers"), by and through their attorneys, Craig S. Brodsky and Goodell, DeVries, Leech & Dann, LLP, respectfully request a hearing on their Motion to Dismiss.

Respectfully submitted,

_____/s/ *Craig S. Brodsky*____
Craig S. Brodsky (Bar #454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
Attorneys for the Health Care Providers