UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

――――――――――――――――――――――X

ROBIN D. BRUTON, Individually

                                            Plaintiff,

-against-

                                            **Civil Action,**
                                            **Case Number 1:06CV01874**
                                            **JUDGE: Richard J. Leon**

                                            **NOTICE OF DISMISSAL
AS TO DEFENDANTS
THE GEORGETOWN
UNIVERSITY, MEDSTAR
HEALTH INC. THE
GEORGETOWN
UNIVERSITY HOSPITAL
(Fed. R. Civ. P. 41(a)(1)(i))**

The Georgetown University,
MedStar Health Inc.
MedStar Georgetown Medical Center, Inc.
The Georgetown University Hospital,
Dr. Amy Lu, M.D., Dr. Lynt Johnson M.D,
Does JOHN DOE "1" THROUGH JOHN DOE "20" both
inclusive; JOHN DOE "1" through JOHN DOE "20"
regardless of number being each a separate individual
and being fictitious and unknown to the Plaintiff
the persons or parties intended being the physicians,
nurses, technicians, employees, and servants involved
in the treatment of the Plaintiff, as alleged, and unknown
insurance company(s) responsible for insurance coverage
liability for collectively, and or individually each of the
defendants for treatment of patients and the Plaintiff.

                                            Defendants.

――――――――――――――――――――――X

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

       The plaintiff, Robin D. Bruton, dismisses, without prejudice, all claims asserted in this

action against defendants, The Georgetown University, MedStar Health Inc., The Georgetown

University Hospital, and against those defendants only. This action pending and is not dismissed as to any other defendant.

Plaintiff dismisses defendants The Georgetown University, MedStar Health Inc., The Georgetown University Hospital pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure on the grounds that this defendants has not yet served an answer or moved for summary judgment in this action.

Dated: December 19, 2006
New York, New York

                                CARGLE & ASSOCIATES

By: _____
     SPENCER F. CARGLE
     Cargle & Associates
     67 Wall Street, 22nd Floor
     New York, New York 10005
     (212) 709-8045
     Bar. No. 470448
     *Attorneys for Plaintiff*

TO:    MedStar Health Inc.
        5565 Sterrett Place, Columbia, MD 21044

        Georgetown University Hospital
        3800 Reservoir Road, NW Washington, DC 20007

        The Georgetown University
        37th and O Streets, NW, Washington, DC 20057.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____X
ROBIN D. BRUTON, Individually

                                                Plaintiff,

-against-
                                                Civil Action,
                                                Case Number 1:06CV01874
                                                JUDGE: Richard J. Leon

                                                **MOTION TO DISMISS**
                                                **AS TO DEFENDANTS**
                                                **THE GEORGETOWN**
                                                **UNIVERSITY, MEDSTAR**
                                                **HEALTH INC. THE**
                                                **GEORGETOWN**
                                                **UNIVERSITY HOSPITAL**
                                                **(Fed. R. Civ. P. 41(a)(1)(i))**

The Georgetown University,
MedStar Health Inc.
MedStar Georgetown Medical Center, Inc.
The Georgetown University Hospital,
Dr. Amy Lu, M.D., Dr. Lynt Johnson M.D,
Does JOHN DOE "1" THROUGH JOHN DOE "20" both
inclusive; JOHN DOE "1" through JOHN DOE "20"
regardless of number being each a separate individual
and being fictitious and unknown to the Plaintiff
the persons or parties intended being the physicians,
nurses, technicians, employees, and servants involved
in the treatment of the Plaintiff, as alleged, and unknown
insurance company(s) responsible for insurance coverage
liability for collectively, and or individually each of the
defendants for treatment of patients and the Plaintiff.

                                                Defendants.
_____X

    Robin D. Bruton, Plaintiff, through her attorneys, Cargle & Associates, Spencer Frederic Cargle, Esq. , moves for an Order of the Court dismissing, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure only the following defendants only: The Georgetown University; MedStar Health Inc.; and The Georgetown University Hospital.

## Grounds for Relief

The action should be dismissed as to <u>only</u> these defendants, because, as the Affirmation in Support of Motion to Dismiss of Attorney, Spencer F. Cargle, Esq., shows:

1. This action involves claims of medical malpractice, and negligence on the part of named defendant doctors, Dr. Amy Lu, M.D. and, Dr. Lynt Johnson M.D, and defendant hospital, MedStar Georgetown Medical Center, Inc.

2. Upon information and belief, the defendants, The Georgetown University is not a proper party in this action, because they no longer have any ownership interest in MedStar Georgetown Medical Center, Inc.; The Georgetown University Hospital is not a proper party because they are not an entity, but only a "d/b/a" fictitious name; and MedStar Health Inc. is not a proper party because this Court does not have jurisdiction over this defendant. Defendant MedStar Health Inc. is a non profit corporation duly organized under the laws of the State of Maryland, with its principal place of business located in the State of Maryland. The plaintiff is a resident of principal place of business is located in the State of Maryland. The plaintiff is citizen and resident of the State of Maryland. As such, the plaintiff, and defendant MedStar Health Inc. do not have proper diversity, pursuant to 28 U.S.C. § 1332.

3. There is no objection to this request to dismiss as to these defendants and no counterclaim by these defendants that would prevent dismissal under Rule 41(a)(1)(i).

This Motion is based on this document, the Supporting Affirmation of Spencer Frederic Cargle, Esq., attorney for the plaintiff, and all of the papers and records on file in this action.

Dated: December 19, 2006
New York, New York

                    CARGLE & ASSOCIATES

By: _____
                    SPENCER F. CARGLE
                    Cargle & Associates
                    67 Wall Street, 22nd Floor
                    New York, New York 10005
                    (212) 709-8045
                    Bar. No. 470448
                    *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____X
ROBIN D. BRUTON, Individually

                                          Plaintiff,

     -against-

                                    **Civil Action,**
                                    **Case Number 1:06CV01874**
                                    **JUDGE: Richard J. Leon**

                                    **AFFIRMATION IN**
                                    **SUPPORT OF MOTION**
                                    **TO DISMISS AS TO**
                                    **DEFENDANTS**
                                    **THE GEORGETOWN**
                                    **UNIVERSITY, MEDSTAR**
                                    **HEALTH INC. THE**
                                    **GEORGETOWN**
                                    **UNIVERSITY HOSPITAL**
                                    **(Fed. R. Civ. P. 41(a)(1)(i))**

The Georgetown University,
MedStar Health Inc.
MedStar Georgetown Medical Center, Inc.
The Georgetown University Hospital,
Dr. Amy Lu, M.D., Dr. Lynt Johnson M.D,
Does JOHN DOE "1" THROUGH JOHN DOE "20" both
inclusive; JOHN DOE "1" through JOHN DOE "20"
regardless of number being each a separate individual
and being fictitious and unknown to the Plaintiff
the persons or parties intended being the physicians,
nurses, technicians, employees, and servants involved
in the treatment of the Plaintiff, as alleged, and unknown
insurance company(s) responsible for insurance coverage
liability for collectively, and or individually each of the
defendants for treatment of patients and the Plaintiff.

                                          Defendants.
_____X

      **SPENCER F. CARGLE, ESQ.**, an attorney duly admitted to practice before this Court,

hereby affirms the following to be true under penalty of perjury:

      1. I am the attorney for the plaintiff in the above-captioned action and make this

Affirmation in Support of Motion to Dismiss for <u>only</u> defendants, The Georgetown University, MedStar Health Inc., and The Georgetown University Hospital. I am fully familiar with the facts and circumstances underlying the instant application;

2. This action involves claims of medical malpractice, and negligence on the part of named defendant doctors, Dr. Amy Lu, M.D. and, Dr. Lynt Johnson M.D, and defendant hospital, MedStar Georgetown Medical Center, Inc.;

3. Upon information and belief, the defendants, The Georgetown University is not a proper party in this action, because they no longer have any ownership interest in MedStar Georgetown Medical Center, Inc.; The Georgetown University Hospital is not a proper party because they are not an entity, but only a "d/b/a" fictitious name; and MedStar Health Inc. is not a proper party because this Court does not have jurisdiction over this defendant. Defendant MedStar Health Inc. is a non profit corporation duly organized under the laws of the State of Maryland, with its principal place of business located in the State of Maryland. The plaintiff is a resident of principal place of business is located in the State of Maryland. The plaintiff is citizen and resident of the State of Maryland. As such, the plaintiff, and defendant McdStar Health Inc. do not have proper diversity, pursuant to 28 U.S.C. § 1332; and

4. There is no objection to this request to dismiss as to these defendants and no counterclaim by these defendants that would prevent dismissal under Rule 41(a)(1)(i).

Dated: December 19, 2006
New York, New York

                                        CARGLE & ASSOCIATES

By: _____
                                      SPENCER F. CARGLE
                                      Cargle & Associates
                                      67 Wall Street, 22nd Floor
                                      New York, New York 10005
                                      (212) 709-8045
                                      Bar. No. 470448
                                      *Attorneys for Plaintiff*