UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN D. BRUTON,

    Plaintiff,

    v.

GEORGETOWN UNIV., et al.,

    Defendants.

Civil Action No. 06-1874 (JDB)

## ORDER

    Plaintiff Robin Bruton ("Bruton") filed this medical-malpractice action against Georgetown University, MedStar Health, Inc., Georgetown University Hospital, MedStar Georgetown University Hospital, two individual medical doctors, and twenty fictitious defendants. The complaint asserts that this Court has subject-matter jurisdiction under 28 U.S.C. § 1332, based on diversity of citizenship. All defendants filed a Rule 12(b)(1) motion to dismiss on December 6, 2006, citing a lack of complete diversity between parties because both plaintiff Bruton and defendant MedStar Health, Inc. are citizens of Maryland. Defendants also sought to dismiss Bruton's second cause of action, which was asserted against only Georgetown University and Georgetown University Hospital, for failure to state a claim upon which relief can be granted.

    Bruton has since filed a motion to dismiss all claims against defendants Georgetown University, MedStar Health, Inc., and Georgetown University Hospital. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), a plaintiff may file a notice of dismissal without order of the court at any time before service by the adverse party of an answer or motion for summary judgment.

Neither event has occurred here. Moreover, the dismissal of these parties moots defendants' motion.

Accordingly, it is this <u>21st</u> day of <u>December</u>, 2006, hereby

**ORDERED** that plaintiff's motion to dismiss defendants Georgetown University, MedStar Health, Inc., and Georgetown University Hospital is **GRANTED** without prejudice; it is further

**ORDERED** that defendants' motion to dismiss is **DENIED**; and it is further

**ORDERED** that the remaining parties to this action shall appear for an initial scheduling conference on January 30, 2007, at 9:00 A.M. in Courtroom Eight.

**SO ORDERED.**

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                     United States District Judge