# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN D. BRUTON | * |
| Plaintiff, | * |
| v. | * |
| | *    Civil Action No.: CV01874 RJL |
| MEDSTAR-GEORGETOWN<br>MEDICAL CENTER, INC. ET AL. | * |
| | * |
| Defendants. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT

I, Craig S. Brodsky, counsel for Defendants, Amy Lu, M.D., Lynt Johnson, M.D. and MedStar Georgetown Medical Center, Inc., certify that to the best of my knowledge and belief, that the following companies, subsidiaries or affiliates **do not** have outstanding securities in the hands of the public:

MedStar Georgetown Medical Center, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/\_\_*Craig S. Brodsky*_____
Craig S. Brodsky (Bar #454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
Attorneys for the Health Care Providers

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January, 2007, a copy of the foregoing Corporate Disclosure Statement was mailed first class postage prepaid to:

Spencer F. Cargle, Esquire
Cargle & Associates
Attorneys at Law
67 Wall Street, 22nd Floor
New York, New York  10005

_____/s/ *Craig S. Brodsky*_____
Craig S. Brodsky (Bar #454924)