IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN D. BRUTON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: CV01874RJL |
| MEDSTAR-GEORGETOWN MEDICAL CENTER, et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Dear Mr. Clerk:

Please enter the appearance of Susan T. Preston, Esquire of Goodell, DeVries, Leech & Dann, LLP, as additional counsel on behalf of Defendants, Amy Lu, M.D., Lynt Johnson, M.D., and MedStar-Georgetown Medical Center, Inc. in the above-captioned proceeding.

                                                        Respectfully submitted,

                                                    /s/ *Susan T. Preston*
Susan T. Preston (Bar #419950)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20 Floor
Baltimore, Maryland 21202
(410) 783-4000

       /s/ *Craig S. Brodsky*
Craig S. Brodsky (Bar #454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20 Floor
Baltimore, Maryland 21202
(410) 783-4000

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2007, a copy of the foregoing Entry of Appearance was mailed first class postage prepaid to:

Spencer F. Cargle, Esquire
Cargle & Associates
Attorneys at Law
67 Wall Street, 22nd Floor
New York, New York 10005

       /s/ *Susan T. Preston*
Susan T. Preston (Bar #419950)

826528

2