## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ROBIN D. BRUTON,**

    **Plaintiff,**

      **v.**                          **Civil Action No.  06-1874 (JDB)**

**GEORGETOWN UNIV., et al.,**

    **Defendants.**

### SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on this date, and the Joint Rule 16.3 Report previously submitted by the parties, it is, this 30th day of January, 2007, hereby **ORDERED** as follows:

1.     The parties shall have until April 24, 2007, to join additional parties without further leave of the Court.

2.     Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows:  (a) plaintiff shall identify experts by not later than May 24, 2007; (b) defendants shall identify experts by not later than July 9, 2007; and (c) plaintiff shall identify rebuttal experts by not later than August 1, 2007.

3.     Requests for admission shall be made by not later than August 16, 2007.

4.     All factual discovery shall be completed by September 24, 2007.

5.     Any dispositive motions and Daubert motions shall be filed by not later than October 23, 2007.

6.      As to all other discovery issues not addressed in this Scheduling Order, the parties

must comply with the limitations and requirements of the Federal Rules of Civil

Procedure and the Local Civil Rules of this Court.

7.      The parties shall appear for a status conference on September 25, 2007, at 9:00

a.m. in Courtroom Eight.


_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge