IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN D. BRUTON                          *

    Plaintiff,                        *

v.                                       *

                           **Civil Action No.:  CV01874 JDB**

                         *

MEDSTAR-GEORGETOWN
  MEDICAL CENTER INC., et al.          *

    Defendants                        *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S PRELIMINARY EXPERT DESIGNATION

Defendants, MedStar Georgetown Medical Center, Inc., Amy Lu, M.D., and Lynt Johnson, M.D. (collectively "Defendants"), by and through undersigned counsel, in accordance with F.R.Civ.Pro 26(a)(2) and this Court's Scheduling Order, hereby submit this Preliminary Designation of Expert Witnesses.

1.    At this time, Plaintiff has not filed her expert designation.  In addition, Plaintiff has yet to fully respond to Defendants' discovery requests.  Specifically, Plaintiff has yet to responded to those interrogatories regarding what experts Plaintiff intends to call at trial. Accordingly, this Designation is preliminary and Defendants reserve the right to supplement this Designation.  Despite the fact that Plaintiff has yet to designate experts, Defendants preliminary designate the following witnesses who may render opinion testimony at the trial of this matter:

a.      **Seth J. Karp, M.D.**
        **Beth Israel Deaconess Medical Center**
        **Department of Surgery**
        **Division of Transplantation**
        **The Transplant Center**
        **110 Francis Street, 7th Floor**
        **Boston Massachusetts, 02215**

Dr. Karp is a board certified surgeon, and is an expert in the field of kidney transplant surgery, the placement of catheters for peritoneal dialysis and the treatment of patients such as Robin Bruton. He is licensed to practice medicine in Maryland and Massachusetts. Dr. Karp's curriculum vitae is attached as Exhibit 1. It is expected that he will testify based on his experience, training, expertise, and knowledge of medical literature, as well as his review of the medical records, deposition transcripts and other materials produced during discovery in this matter. It is expected that he will testify that the care provided to Robin D. Bruton complied with applicable standards of care and that no breach of the applicable standards of care proximately caused injury to Ms. Bruton.

It is further expected that Dr. Karp will testify as to causation and damages. Finally, Dr. Karp may testify in rebuttal to Plaintiff's experts with regard to the matters expected to be identified in Plaintiff's Expert Designation.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Karp will be made available for deposition upon request, at which time Plaintiff's counsel may thoroughly explore his opinions.

b.      **Joel B. Bowers, M.D.**
        **Metropolitan Radiology Associates**
        **3327 Superior Lane, Suite 103**
        **Bowie Maryland 20715**

Dr. Bowers is a board certified physician specializing in radiology. He is licensed to practice medicine in the State of Maryland, Virginia, California, and the District of Columbia.

2

It is expected that he will testify based on his experience, training and expertise, as well as a review of the medical records and radiology/imaging studies in this matter and any other medical records that have been or will be made available to him. Dr. Bowers is also expected to address the interpretation and findings on the imaging studies taken of Ms. Bruton while a patient at Medstar-Georgetown Medical Center, Inc. It is expected that Dr. Bowers will testify that the Defendants did not breach the standard of care as alleged. Dr. Bowers is also expected to testify as to the issues of causation and damages. Finally, Dr. Bowers may testify in rebuttal to Plaintiff's experts with regard to the matters expected to be identified in Plaintiff's Expert Designation  Dr. Bower's has not prepared a report. A copy of his curriculum vitae is attached as Exhibit 2.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Bowers will be made available for deposition upon request, at which time Plaintiff's counsel may thoroughly explore his opinions.

2.      Defendants reserve the right to call as a witness and/or elicit opinion testimony from any physician, or other health care provider who evaluated or provided care or treatment to Ms. Bruton. These health care providers include, but are not limited to, those employees and other health care providers who evaluated and treated Ms. Bruton at Medstar-Georgetown Medical Center, and their identities have been disclosed to Plaintiff in the medical records provided by Defendants. Said health care providers, if called to testify, are expected to testify in accord with their diagnosis, treatment and evaluation of Ms. Bruton as reflected in the medical records.

3.      Defendants reserve the right to call as a witness and/or elicit opinion testimony from any expert designated by any other party to this case.

4.      Defendants reserve the right to supplement this designation, and designate additional witnesses in any appropriate specialty.

Respectfully submitted,

/s/ *Craig S. Brodsky*_____
Susan T. Preston (D.C. Bar No.: 419950)
Craig S. Brodsky (D.C. Bar No: 454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2007, a copy of Defendants' Preliminary Expert Designation was sent via first class mail postage prepaid to:

Spencer F. Cargle, Esquire
Cargle & Associates
Attorneys at Law
67 Wall Street, 22nd Floor
New York, New York  10005

Respectfully submitted,

/s/ *Craig S. Brodsky*_____
Craig S. Brodsky (Bar #454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
Attorneys for the Defendants

#872900

4

# EXHIBIT 1

# CURRICULUM VITAE

## Part I: General Information

**Date Prepared:**      February 6, 2007

**Name:**      Seth J. Karp

**Office Address:**      Beth Israel Deaconess Medical Center
Department of Surgery
Division of Transplantation
The Transplant Center
110 Francis Street, 7th Floor
Boston, MA 02215

**Home Address:**      55 Shaw Road
Brookline, MA 02467

**E-mail:**      skarp@bidmc.harvard.edu

**Office Phone:**  (617) 632-9700
**Office Fax:**      (617) 632-9820

**Place of Birth:** Mineola, New York, USA

**Education:**

| | | |
|---|---|---|
| 1988 | A.B. | Harvard College (Joint Degree Cum Laude in Physics and Astrophysics) |
| 1989 | M.A. | Harvard Graduate School of Arts and Sciences (Astrophysics) |
| 1994 | M.D. | Harvard-Massachusetts Institute of Technology (M.I.T) Division of Health Sciences and Technology |

**Postdoctoral Training:**

| | |
|---|---|
| 1994-1997 | Resident, Surgery Brigham and Women's Hospital, Boston, MA |
| 1997-1999 | Postdoctoral Fellow Harvard University, Cambridge, MA |
| 1999-2000 | Resident, Surgery Brigham and Women's Hospital, Boston, MA |
| 2000-2001 | Chief Resident, Surgery Brigham and Women's Hospital, Boston, MA |
| 2001-2003 | Fellow in Transplantation Johns Hopkins Hospital, Baltimore, MD |

Seth J. Karp, M.D.                                                                                2

**Licensure and Certification:**

*Licensure*

| | |
|---|---|
| 1994-2001 | Massachusetts Medical License |
| 2001-present | Maryland Medical License |
| 2004-present | Massachusetts Medical License |

*Certification*

| | |
|---|---|
| 2002 | American Board of Surgery |

**Academic Appointments:**

| | |
|---|---|
| 2001-2003 | Instructor in Surgery |
| | Johns Hopkins Medical School, Baltimore, MD |
| 2003-2004 | Assistant Professor of Surgery |
| | Johns Hopkins Hospital, Baltimore, MD |
| 2004-present | Assistant Professor of Surgery |
| | Harvard Medical School, Boston, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 2001-2004 | Attending Surgeon, Johns Hopkins Hospital, Baltimore, MD |
| 2004-present | Attending Surgeon, Beth Israel Deaconess Medical Center, Boston, MA |

**Professional Societies:**

| | |
|---|---|
| 2002-present | Associate Member, American College of Surgeons |
| 2002-present | Member, American Gastroenterological Society |
| 2003-present | Member, Society for Developmental Biology |
| 2003-present | Member, American Society of Transplant Surgeons |
| 2003-2006 | Member, Vanguard Committee, American Society of Transplant Surgeons |
| 2004-present | Medical Advisory Committee, American Liver Foundation, New England Chapter |
| 2006-present | Member, The Transplantation Society |
| 2006-present | Member, Cell Transplant Committee, American Society of Transplant Surgeons |

**Awards and Honors:**

| | |
|---|---|
| 1985 | National Merit Scholarship Winner |
| 1985 | Valedictorian, Syosset High School |
| 1986 | Harvard College Scholar – Academic Achievement |
| 1987 | Harvard College Scholar – Academic Achievement |
| 1988 | Tutor Award Winner, Harvard Bureau of Study Council |
| 1988 | Harvard College Scholar – Academic Achievement |
| 1989 | John Harvard Scholarship – Highest Academic Achievement |
| 1990 | Paul Dudley White Traveling Fellowship |

Seth J. Karp, M.D.                                                                                    3

| 1991 | M.I.T/Starr Fellowship |
|------|------------------------|
| 1994 | James Tolbert Shipley Prize – Excellence and Accomplishment in Research |
| 1995 | Intern of the Year |
| 1996 | American College of Surgeons Research Fellowship |
| 1997 | Harvard Medical School Excellence in Teaching Award |
| 1998 | Best Abstract – American Society of Bone and Mineral Research |
| 2001 | Harvard Medical School Excellence in Teaching Award |
| 2001 | Francis Moore Sr. Chief Resident Award – Brigham and Women's Hospital |
| 2002 | Johns Hopkins Van Wyk Fellow |
| 2006 | American Society of Transplant Surgeons Vanguard Prize |

## Part II:  Research, Teaching, and Clinical Contributions

### A.  Narrative Report of Research, Teaching, and Clinical Contributions

*Basic research*

Research in my laboratory concerns the biology of liver development and liver regeneration, with the goal of understanding the molecular basis of these processes and then applying this knowledge to strategies for liver renewal or replacement.  Preparation for this research focus included work in molecular biology and limb development.  Contributions included the cloning and characterization of a subunit of the human NMDA receptor and publications elucidating the signaling pathways critical for cartilage and bone development.  Specifically, we have shown that a member of the hedgehog family of proteins, indian hedgehog, participates in a feedback loop involving parathyroid hormone-related protein which regulates chondrocyte differentiation and maturation. Further studies, now being submitted, demonstrate for the first time that Noggin antagonism of bone morphogenetic protein 4 controls development of the axial skeleton through mesoderm patterning.

*Clinical research*

Clinical contributions involve expertise in liver transplantation, including live-donor liver transplantation, kidney transplantation, vascular access, and general surgery.  I have an interest in vascular access surgery and developed a novel procedure for vascular access involving use of the renal vein for outflow that is particularly suitable for patients who present difficult access problems.  Other clinical contributions include a novel method for diagnosing gastrointestinal bleeding, which has proven successful in animal models.  Finally, I am completing projects examining the suitability of marginal kidneys for transplantation.

*Teaching*

Teaching contributions include mentoring students, residents, and fellows.  I have received teaching awards from both medical students and residents.  In addition, I wrote a book on surgery designed for medical students and junior residents.  Finally, I have written a clinical book chapter.

### B.  Funding Information

*Current*

| 2003-2008 | National Institutes of Health - K08; Principal Investigator. |
|-----------|--------------------------------------------------------------|
|           | "Activin Signaling in Liver Development and Regeneration" |

Seth J. Karp, M.D.                                                                4

| 2005-2007 | American Society of Transplant Surgeons; Principal Investigator. "Lineage Analysis of the Developing and Regenerating Liver" |

*Past*

| 1990 | Johnson and Johnson; Co-Investigator. "Tensegrity as a Mechanism for Cellular Signal Transduction" |
| 1991 | M.I.T./Starr Foundation; Principal Investigator. "Cloning and Characterization of the Human NMDA Receptor" |
| 1993 | International Society for Cardiovascular Surgery; Co-Investigator. "Photodynamic Therapy Inhibits Intimal Hyperplasia via Extracellular Matrix" |
| 1997-1999 | American College of Surgeons; Principal Investigator. "Conditional Gene Inactivation in the Mouse Midbrain" |
| 1997-1999 | National Institutes of Health – F32; Co-Investigator. "Indian Hedgehog Modulates Cartilage Growth and Differentiation" |
| 2002-2004 | Johns Hopkins Hospital; Principal Investigator. "Transplantation Research" |
| 2003-2004 | American College of Surgeons; Principal Investigator. "Liver Development and Regeneration" |

## C. Report of Current Research Activities

*Basic research*

Bench research in the lab concerns the molecular mechanisms of liver development and regeneration. Currently we have identified over one hundred genes upregulated over a course of liver regeneration and also expressed in the developing liver. We have identified a number as particularly interesting for gene targeting experiments. Furthermore, we have identified a signaling pathway that we believe modulates liver size. Both of these projects have clear clinical applications.

*Clinical research*

Ongoing clinical research studies parameters that determine subsequent function in the use of organs procured from non-heart beating donors.

## D. Report of Teaching

*Johns Hopkins Medical School*

| 2001-2003 | Fellow in Transplantation; responsible for teaching medical students and residents. Average of 10 students and 20 residents per year. Contact time averaged 5 hours per week. |
| 2003-2004 | Attending Surgeon; responsible for teaching medical students, residents, and fellows. Average of 4 per week. Contact time averaged 5 hours per week. |

*Harvard Medical School*

Seth J. Karp, M.D.                                                                                  5

2004-present    Attending surgeon; responsible for teaching medical students, residents, and fellows.
                Average of 1 student, 3 residents, and 1 fellow per week.
                Contact time averages 5 hours per week.

**Regional, National, or International Contributions:**

Invited Presentations

*Local*

2004            Transplant Conference; "Current trends in gastroenterology, hepatology, and liver
                transplantation"; Maryland, 2004.

**E.  Report of Clinical Activities**

*Clinical practice and complexity*

        My clinical practice involves transplantation surgery, including cadaveric liver transplantation,
kidney transplantation, pancreas transplantation, dialysis access including vascular and peritoneal, and
general surgery.  My work is entirely out of Beth Israel Deaconess Medical Center.  The complexity of
cases is extremely high.

*Clinical contributions*

        All aspects of transplantation surgery and general surgery in transplant patients.

# Part III.  Bibliography

**Original Articles:**

1.      Seal B, Brech K, **Karp SJ**, Cool BJ, Sirover MA.  Immunological lesions in human uracil
        DNA gycosylase:   association with Bloom's Syndrome.   Proceedings of the National
        Academy of Sciences USA 1988;5:2339-2343.
2.      Lurio J, Verson H, **Karp SJ**.  Intestinal parasites in Cambodians:  comparison of diagnostic
        methods used in screening refugees with implications for treatment of populations with high
        rates of infection.  J Am Board of Family Practice 1991;4(2):71-78.
3.      Sims JR, **Karp SJ**, Ingber DE.  Altering the cellular mechanical force balance results in
        integrated changes in cell, cytoskeletal, and nuclear shape.  J Cell Science 1992;103:1215-
        1222.
4.      **Karp SJ**, Masu M, Eki T, Ozawa K, Nakanishi S.  Molecular cloning and chromosomal
        localization of the key subunit of the human N-methyl-D aspartate receptor.  J Biol Chemistry
        1993;268(5):3728-3733.
5.      Adili F, Statius van Epps RG, **Karp SJ**, Watkins MT, LaMuraglia GM.  Differential
        modulation of vascular endothelial and smooth muscle cell function by photodynamic therapy
        of extracellular matrix:  novel insights into radical-mediated prevention of intimal hyperplasia.
        J Vasc Surg 1996;23(4):698-705.

Seth J. Karp, M.D.                                                                        6

6.   LaMuraglia GM, Adili F, **Karp SJ**, Statius van Eps RG, Watkins MT. Photodynamic therapy inactivates extracellular matrix-basic fibroblast growth factor: insights to its effect on the vascular wall. J Vasc Surg. 1997 Aug;26(2):294-301.

7.   **Karp SJ**, Schipani E, St-Jacques B, Hunzelman J, Kronenberg H, McMahon AP.   Indian hedgehog coordinates endochondral bone growth and morphogenesis via parathyroid hormone related-protein dependent and independent pathways.  Development 2000;127:543-548.

8.   Long F, Zhang XM, **Karp S**, Yang Y, McMahon AP.   Genetic manipulation of hedgehog signaling in the endochondral skeleton reveals a direct role in the regulation of chondrocyte proliferation.  Development 2001;128:5099-5108.

9.   Minina E, Wenzel HM, Kreschel C, **Karp S**, Gaffield W, McMahon AP, Vortkamp A.  BMP and Ihh/PTHrP signaling interact to coordinate chondrocyte proliferation and differentiation. Development 2001;128:4523-4534.

10.  **Karp SJ**, Hawxby A, Burdick J.  Axillo-renal bypass graft:  a novel approach for dialysis access.  Journal of Vascular Surgery 2004;40:379-80.

11.  Ugarte R, Kraus E, Montgomery RA, Burdick JF, Ratner L, Haas M, Hawxby AM, **Karp SJ**. Excellent outcomes after transplantation of deceased donor kidneys with high Terminal creatinine and mild pathologic lesions.  Transplantation 2005; 80(6):794-800.

12.  Wijgerde M, **Karp S**, McMahon J, McMahon AP.  Noggin Antagonism of BMP4 Signaling Controls Development of the Axial Skeleton in the Mouse.  Developmental Biology 2005; 286(1):149-57.

13.  Johnson SR, Pavlakis M, Khwaja K, **Karp SJ**, Curry M, Curran CC, Monaco AP, Hanto DW. Intensive Care Unit Extubation Does Not Preclude Extrarenal Organ Recovery from Donors after Cardiac Death. Transplantation 2005; 80(9):1244-1250.

14.  Ohnishi S, Garfein ES, **Karp SJ**, Frangioni JV.  Radiolabeled and near-infrared fluorescent fibrinogen derivatives create a system for the identification and repair of obscure gastrointestinal bleeding.  Surgery 2006;140(5):785-92.

15.  Otu HH, Naxerova K, Ho K, Can H, Nesbitt N, Libermann TA, **Karp SJ**. Global gene expression patterns reveal resotration of liver mass after injury as hepatocyte hyperplasia, not true regeneration. Journal of Biological Chemistry 2007 (in press).


**Reviews, Chapters, and Editorials:**

Book Chapters

1.   **Karp SJ**, Soybel D.  Anatomy and embryology of the small intestine.  In:  Zuidema G, Yeo C, and Pemberton R, editors.  Surgery of the Alimentary Tract, 4th Edition. Philadelphia, PA: Elsevier; 2002.

2.   Hanto DW, Johnson SR, **Karp SJ**, Khwaja K.  Liver Transplantation.  In:  Norton et al. Surgery: Basic Science and Clinical Practice, in press.


Reviews

1.   Ingber DE, Dike L, Hansen L, **Karp S**, Liley H, Maniotis A, McNamee H, Mooney D, Plopper G, Sims J, et al. Cellular tensegrity: exploring how mechanical changes in the Cytoskeleton regulate cell growth, migration, and tissue pattern during morphogenesis. Int Rev Cytol. 1994;150:173-224.

2.   Nadig SN, Bratton CF, **Karp SJ**. Marginal Donors in Liver Transplantation: Expanding the Donor Pool. Current Surgery 2006; 64(1).

3.   **Karp SJ**, Ku Y, Johnson S, Khwaja K, Curry M, Hanto, D.  Surgical and Non-surgical Treatment for Hepatocellular Cancer.  Current Opinion in Transplantation 2006; 11(3): 226-233.

Seth J. Karp, M.D.                                                                              7

**Books, Monographs, and Text Books:**

1.       **Karp SJ**, Morris J, Soybel D.  Blueprints in surgery.  Malden, MA:  Blackwell Science; 1998.

**Case Reports:**

1.       Brito D, Barton E, Spears KL, Cranmer HH, **Karp SJ**, Anglin D, Hutson HR.  Acute right quadrant pain in a leukemic patient.  Annals of Emergency Medicine 1998;32(1):98-101.

**M.D. Thesis:**

       **Karp SJ**.  Molecular cloning and chromosomal localization of the key subunit of the human NMDA receptor.

**Patents:**

       Karp SJ.  Cold Spring Diagnostics, Incorporated – assignee.  Method for locating an internal bleeding site in a human body.  US Patent number 6,314,314.

       Karp SJ, Garfein E, Onishi S, Frangione J.  Fluorescent method for locating an internal bleeding site in a human body.  Patent pending.

# EXHIBIT 2

## CURRICULUM VITAE - JOEL B. BOWERS, M.D.

OFFICE ADDRESS: METROPOLITAN RADIOLOGY ASSOCIATES
3327 SUPERIOR LANE, SUITE 103
BOWIE, MARYLAND  20715

TELEPHONE: (301) 262-2202

DATE OF BIRTH: September 30, 1944

PLACE OF BIRTH: New York, New York

MARITAL STATUS: Married with three children

MILITARY STATUS: Veteran

EDUCATION:
James Madison High School, Brooklyn, New York - 9/58 to 6/61

University of Vermont, Burlington, Vermont - 9/61 to 5/65
Major: Zoology  Degree: B.A.

State University of New York at Buffalo, Buffalo, New York -
9/65 to 6/69   Degree: M.D.

POSTGRADUATE ACTIVITY:
Straight Medical Internship, State University of New York Affiliated Hospitals,
Buffalo, New York - 6/69 to 6/70

General Medical Officer, United States Public Health Service, Boston,
Massachusetts - 7/70 to 7/72. Major assignment for the two years was in the
Emergency Department at the USPHS Hospital, Brighton, Massachusetts.

Diagnostic Radiology Residency, George Washington University Medical Center,
Washington, D.C. - 7/72 to 6/75

Neuroradiology Fellowship, George Washington University Medical Center,
Washington, D.C. - 7/75 to 9/76

Private Practice of Diagnostic Radiology with subspecialty of Neuroradiology, Washington, D.C. and suburban Maryland and Virginia - 10/76 to Present. Current practice includes all areas of diagnostic imaging.

BOARD CERTIFICATION: American Board of Radiology (Diagnostic Radiology) - 6/11/77

ACADEMIC APPOINTMENTS: Clinical Assistant Professor of Radiology, George Washington University, Washington, D.C. - 10/76 to Present.

HOSPITAL AND IMAGING CENTER APPOINTMENTS:
Clinical Director of Neuroradiology and Computed Tomography, Providence Hospital, Washington, D.C.

Former Medical Director, MillenniumScan Computed Tomography Center, Washington, D.C.

Former Clinical Director, Dimensions Imaging Center, Laurel, Maryland.

Former Chairman and Director, Department of Radiology, Providence Hospital, Washington, D.C.

Past President of The Medical Staff, Providence Hospital, Washington, D.C.

Former Associate Chairman, Department of Radiology, Columbia Hospital for Women and the Betty Ford Breast Cancer Center.

Senior Attending Radiologist, Providence Hospital, Washington, D.C.

Former Attending Radiologist, Northern Virginia Community Hospital, Arlington, Virginia.

CURRENT HOSPITAL COMMITTEES
Providence Hospital Medical Quality Improvement Committee (Chairman)

Providence Hospital Medical Bylaws Committee (Chairman)

Providence Hospital Medical Executive Committee

LICENSURE:
(All licenses issued by reciprocity with the National Board of Medical Examiners)
Maryland
District of Columbia
Virginia
California

PROFESSIONAL SOCIETIES:
Radiological Society of North America

American College of Radiology

American Roentgen Ray Society

American Society of Neuroradiology (Senior Member)

American Society of Spine Radiology

Eastern Neuroradiolgical Society

Medical Society of The District of Columbia (Former Chairman of the Hospital - Medical Staff Relations Committee)

The District of Columbia Metropolitan Radiological Society

HONORS:
Phi Beta Kappa - 5/65
Graduation with Special Honors in Zoology from the University of Vermont - 5/65

Second Year Honors, State University of New York at Buffalo School of Medicine, 1966-1967 Academic Year

SCIENTIFIC PAPERS AND PRESENTATIONS:
"Rectal pseudotumors as a manifestation of anomalous insertion of the sigmoid mesocolon." Lawson, T.L., Bowers, J.B., and Citrin, C.M.  Dis. Colon and Rectum 19:360-362, May-June, 1976.

"Computed tomographic study of the intracranial distribution of metrizamide." Shah, S., Bowers, J.B., Roache, A.J., and Davis, D.O.  Presented at the Annual Meeting of the American Society of Neuroradiology, Atlanta, Georgia, May 14, 1976. Abstract published in Neuroradiology 12:49, October 27, 1976.

"Digital Subtraction Angiography - Review of 500 Cases." Napoli, L.D., Bowers, J.B., Brotman, B.G., Hamm, R.L., Hillig, B.J., and Coccaro, A.P. Presented at the Annual Scientific Assembly of the Medical Society of The District of Columbia, White Sulfur Springs, West Virginia, October 14, 1982.

"Frontiers in Imaging." A symposium on radiologic advances in facial, head, and spinal imaging using MRI, CT, and arthrotomography. Speakers: Bowers, J.B., Citrin, C.M., DelBalso, A.M., and Wener, L., Washington, D.C., April 4, 1985.

"Aneurysm of The Intrapetrous Carotid Artery - CT and Angiographic Findings." DelBalso, A.M. and Bowers, J.B.  J. Computer Assisted Tomography 10(4):702-703, July-August, 1986.

"What's All This About Full Body Scans." Presentation on the current state of full body CT screening at The Delaware Academy of Family Physicians Annual Scientific Assembly, Wilmington, Delaware, May 11, 2002.

Periodic lectures on diagnostic imaging to radiology residents and medical students at George Washington University Medical Center including participation for several years in the Elective Course in Diagnostic Radiology for Senior Medical Students.

Periodic lectures and presentations to the attending physicians and residents of Providence Hospital on Diagnostic Radiology, Ultrasonography, Computed Tomography, and Magnetic Resonance Imaging.