# CARGLE & ASSOCIATES
### ATTORNEYS AT LAW
67 WALL STREET, 22ND FLOOR
NEW YORK, NEW YORK 10005

---

TELEPHONE NO.: (212) 709-8045
FAX NO.: (609) 371-0585

SPENCER F. CARGLE, ESQ.                                    WASHINGTON, DC OFFICE:
DIRECT TELEPHONE NO. 646.234.6251

PERSONAL & CONFIDENTIAL

August 17, 2007

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, Northwest
Washington, DC  20001

Re:    Robin Bruton v. MedStar Georgetown Medical Center Inc. et al., Case # 06CV01874

To Hon. John D. Bates:

My firm, Cargle & Associates represent the Plaintiff in the above captioned matter. Pursuant to your proposed Order dated, August 15, 2007, and in response to your proposed Order dated August 15, 2007, I have complied with the defendants request.

During many conversations with defense counsel I have provided verbal permission granting the defense counsel complete access to Plaintiffs past medical providers, with a negotiated restriction that defense counsel would not inquiry past a certain period. As I recall that period was designated  "defense counsel would only inquiry within the past  8 to 10 years." However the only outstanding issue was providing Plaintiff's executed medical release forms.

This morning, August 17, 2007,  I complied with Defendant's request and sent via email in a PDF format Plaintiff's executed medical release forms per Defendants request. Their is one outstanding medical release form for George Washington University Hospital, which my client has never had any medical treatments at George Washington University Hospital. I have given notice to defense counsel, he is checking if George Washington University Hospital request is a mistake. However, Plaintiff has an executed a medical release form for George Washington University Hospital in the event defense counsel needs a release form George Washington University Hospital.

Regards,

Spencer Frederic Cargle, Esq.

cc: Craig Brodsky, Esq.



**PROVIDENCE HOSPITAL**
1150 Varnum St. NE
Washington, DC 20017
(202) 269-7000

**AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION (PHI)**

I authorize Providence Hospital to disclose specifically to <u>Craig S. Brodsky, Esquire</u>
<u>Goodell, DeVries, Leech & Dann One South St, 20th fl, Baltimore, MD 21202</u>
Name and Address

PHI at the time of disclosure and at anytime in the future on <u>Robin D. Bruton</u>
Patient's Name

Date of Birth: 9/1/55     SSN: 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
Date of Birth, Social Security Number and Telephone Number

for the specific purpose of <u>Pending litigation</u>

Protected health information to be disclosed includes <u>Any and all medical records</u>
<u>and radiology examinations</u>

This authorization expires in 60 days from date of signature or sooner by date or future
event as specified ___

_ I do _ I do NOT   authorize release of information related to psychological or psychiatric impairment, substance abuse, alcoholism, Acquired Immunodeficiency Syndrome (AIDS), test for Human Immunodeficiency Virus (HIV), sexually transmitted diseases, sexual assault and criminal cases and photographs.

**THE FOLLOWING NOTICE MUST BE READ BEFORE THIS AUTHORIZATION IS SIGNED BY THE PATIENT OR PERSONAL REPRESENTATIVE**

A patient has a right to revoke this authorization only by writing to the Health Information Department at Providence Hospital, and revocation becomes effective on the date received. You are notified that once the requested PHI is disclosed, the PHI's recipient may redisclose it and the Privacy Regulations may no longer protect it. Treatment, payment, enrollment or eligibility for benefits are not conditioned on Providence Hospital actions, signature on this authorization.

08/16/07                     [signature]
Date                          Signature of Patient or Personal Representative, with authority

*Providence Hospital includes Carroll Manor Nursing and Rehabilitation Center, Fort Lincoln Family Medicine Center, Perry Family Health Center, CMOTA, Claridge Towers Health Center of Providence Hospital, and the Geriatric Medicine Practice

ASCENSION
Member of the ASCENSION HEALTH NETWORK sponsored by Washington DC since 1973

08/16/2007 17:14 IFAX → 12125061800  at 8/16/2007 6:13 PM  003/003
From R Bruton
Case 1:06-cv-01874-JDB  Document 20-2  Filed 08/17/2007  Page 2 of 2



# MEDICAL FACULTY ASSOCIATES
### THE GEORGE WASHINGTON UNIVERSITY

## RECORD REQUEST FORM

1. I, hereby request that The George Washington University Medical Faculty Associates ("MFA") disclose the records identified in this request to the individuals/entities identified herein.

2. The purpose of this request for medical records is: (Check all that apply)
   - ☐ I am moving and need to transfer my records to another health care provider.
   - ☐ I am changing physicians.
   - ☐ I am consulting with another physician and want him or her to review my record.
   - ☐ I am seeking a second opinion.
   - ☒ Other: Pending litigation  (The limitations and charges associated with this request will depend upon the purpose of your request.)
   - ☐ I am exercising my right to a copy of my "designated record set" pursuant to MFA's Notice of Privacy Practices and 45 CFR §164.524. MFA will charge you for the cost of copying and mailing (if applicable) the records and will provide you with your records within 30 days of receipt of this request. If the records are located off site, it may take up to 60 days for us to provide you with access to these records. Notwithstanding the above, if your request is for mental health records and you received treatment in the District of Columbia, we will provide you with those records within 30 days of receipt of this request.

3. The records that I request be disclosed are described as follows (please list the name of the provider, department, dates of service, type of record and any other identifying information):
   Any and all medical records and radiology exams from medical records department, Department of Nephrology or Department of Orthopaedics

4. Please disclose the records identified herein to (please provide name and address):
   Craig S. Brodsky, Esquire, Goodell, DeVries, Leech & Dann, One South St., 20th fl., Baltimore, Maryland 21202

5. I understand that I can revoke this authorization at any time, and that unless I revoke it sooner, it will automatically expire upon the disclosure made pursuant to this request. I recognize that any revocation that I make will not affect a disclosure that has already been made per this request.

6. I hereby release The George Washington University Medical Faculty Associates, and its employees, officers and physicians from any and all liability for the disclosure of personal health information made in accordance with this request, including any subsequent unauthorized disclosure(s) made by a recipient. I agree to pay any charges associated with the disclosure of records.

Individual (Signature)  /  Individual Guardian/Legal Representative

Robin D. Bruton
Print Name

Robin D. Bruton
Date 08/16/07
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
Social Security Number (Individual)

Print Name
Relationship/Authority

9/1/1965
Date of Birth (Individual)

2150 Pennsylvania Avenue, NW  Washington, DC 20037

Effective 9/1/2003