# GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

SUSAN T. PRESTON
STP@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4025

1351-14

August 17, 2007

The Honorable John D. Bates
Judge, United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

    Re:    **Bruton v. MedStar-Georgetown Medical Center, Inc.**
              Civil Action No.:  06 CV 01874 JDB

Dear Judge Bates:

    On Wednesday, August 1, 2007, Plaintiffs filed an "Unopposed Motion for Extension of Time to Alter the Scheduling Order." The Court granted that Motion and entered an Order on August 2, 2007. Unfortunately, defense counsel had not consented to the filing of the Motion, or agreed to the dates set forth therein.

    The parties have conferred and are submitting herewith a revised proposed Order for the Scheduling Order, with which both agree. We would respectfully submit that the enclosed be substituted for that which was entered, pursuant to Plaintiffs' Consent Motion for Extension of Time.

    Your consideration of this request is greatly appreciated.

                                        Very truly yours,

                                              /s/

                                        Susan T. Preston

STP/cmk
Enclosure
cc:    Spencer Cargle, Esquire