# GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

SUSAN T. PRESTON
STP@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4025

1351-14

August 17, 2007

The Honorable John D. Bates
Judge, United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    **Bruton v. MedStar-Georgetown Medical Center, Inc.**
             Civil Action No.: 06 CV 01874 JDB

Dear Judge Bates:

    On Wednesday, August 1, 2007, Plaintiffs filed an "Unopposed Motion for Extension of Time to Alter the Scheduling Order." The Court granted that Motion and entered an Order on August 2, 2007. Unfortunately, defense counsel had not consented to the filing of the Motion, or agreed to the dates set forth therein.

    The parties have conferred and are submitting herewith a revised proposed Order for the Scheduling Order, with which both agree. We would respectfully submit that the enclosed be substituted for that which was entered, pursuant to Plaintiffs' Consent Motion for Extension of Time.

    Your consideration of this request is greatly appreciated.

                                          Very truly yours,

                                                  /s/

                                           Susan T. Preston

STP/cmk
Enclosure
cc:    Spencer Cargle, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN D. BRUTON                              *

    *Plaintiff*,                                    *

v.                                                        *
                                              Civil Action No.: CV01874 JDB
                                *

MEDSTAR-GEORGETOWN
MEDICAL CENTER INC., *et al.*         *

    *Defendants.*                              *

                    * * * * * * * * * * * * * * * * * * * *

## **ORDER**

1.    To the extent not objected to, Plaintiffs shall answer Defendants' Interrogatories by August 30, 2007.

2.    Plaintiffs shall designate experts by September 10, 2007.

3.    To the extent not objected to, Defendants shall answer Plaintiffs' Interrogatories by September 20, 2007.

4.    Plaintiffs to join additional parties without leave of Court: within ten (10) days of Defendants' Answers to Interrogatories being filed.

5.    Defendants shall designate experts by October 25, 2007.

6.    Plaintiff shall name rebuttal experts by November 10, 2007.

7.    Requests for Admission shall be filed November 28, 2007.

8.    Factual discovery shall be completed December 24, 2007.

9.    Dispositive Motions and Daubert Motions shall be filed December 31, 2007.

  10. Status conference shall take place December 17, 2007.

                _____
                The Honorable John D. Bates
                Judge, U.S. District Court for the District
                 Of Columbia

cc: All counsel

880159