UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
_____X
ROBIN D. BRUTON, Individually
                         *Plaintiff*,

    -against-

                                            Civil Action No. 06CV01874
                                            SUPPLEMENTAL RESPONSES
                                            TO DEFENDANTS
                                            INTERROGATORIES

MEDSTAR GEORGETOWN MEDICAL
CENTER. et al.
                        *Defendants*.
_____X


**FROM:**    Robin D. Bruton, *Plaintiff*

**TO:**       MedStar Georgetown Medical Center Inc., *Defendant*
           Dr. Amy Lu, *Defendant*
           Dr. Lynt Johnson, *Defendant*


**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S INTERROGATORIES**


### INTERROGATORY NO. 1:

Identify yourself fully, including your full name, date of birth, social
security number, marital status, and your residence and business addresses for the
last ten (10) years specifying the dates during which you were at each address.

### ANSWER:

Robin D. Bruton (hereinafter "Plaintiff")
DOB: 03/01/1965
SS: 577785252
Single
Current Address: 2000 to present: 2600 Valley Way, Hyattsville MD 20785
Previous Address: 1994 – 2000: 14434 Colonel Fenwick Drive, Upper Marlboro, MD 20772

### INTERROGATORY NO. 2:
State particularly what damage or losses, whether economic or noneconomic,

you contend were caused by the negligence or failure to exercise proper standards of medical care by the Defendants.

**ANSWER:**

Noneconomic damages consist of continuous severe pain, physical and emotional distress, mental anguish, permanent disfigurement, loss of the enjoyment of life, loss of consortium, and physical impairment. The other noneconomic damages we will supplement. Currently the economic damages are being compiled, we will supplement.

**INTERROGATORY NO. 3:**
Describe clearly and in detail each symptom, disability, or abnormal physical or mental condition which you claim to have been caused by the alleged negligence of the Defendants, include in your answer the date or date and times upon which each symptom, disability or abnormal physical or mental condition first occurred, the nature and location of all injuries suffered, and the duration of each such symptom, disability, or abnormal physical or mental condition

**ANSWER:**

We Will Supplement.

**INTERROGATORY NO. 4:**
Describe the nature and subject matter of each picture, diagram, document, x-ray, or other object (real evidence) which is known to you and which pertains to or is relevant to the alleged negligence and its alleged consequences. Name the present custodian of each and state the date each was produced or obtained.

**ANSWER:**

At this time there are none in our possession. We Will Supplement.

**INTERROGATORY NO. 5:**
State the names and addresses of all physicians, clinics, hospitals, or other Defendants who have examined or treated you as a result of the alleged malpractice here involved, and after each state the dates of said examinations or treatments, and the nature and purpose therefore.

**ANSWER:**

| | |
|---|---|
| BROWN, KENNETH MD<br>Gastroenterologist | Gastrointestinal Associates<br>106 Irving Street, N.W. (Suite 216)<br>Washington, DC 20010<br>(202) 723-8288 |
| AMY LU MD<br>Transplant Surgeon | Georgetown University Transplant<br>3800 Reservoir Road N.W. (4PHC)<br>Washington, DC 20007 |
| Washington Hospital Center, | NW Washington DC |

**INTERROGATORY NO. 6:**
State the names and addresses of all persons from whom you have written, signed or recorded statements, attaching to your answer a copy of any such statement in your control of the Defendants.

**ANSWER:**

At this time there are none in our possession. We Will Supplement

**INTERROGATORY NO. 7:**
If you contend that the Defendants made any oral or written statements which constitute an admission or declaration against interest with reference to any of the issues raised in this case, state the name or identity of the person making such statement, the content of such statement, the date, the time, the place of such statement, and the names and addresses of the individuals who heard such statement.

**ANSWER:**

At this time there are none in our possession. We Will Supplement.

**INTERROGATORY NO. 8:**
State the names, addresses, and qualifications of all physicians or other experts whom you propose to call as witnesses, include in your answer the individual's field of expertise, the subject matter upon which he or she will testify, the substance of the facts and opinions to which he or she is expected to testify, and the grounds for each opinion. In addition, for each individual named please attach to your answers a copy of their curriculum vitae and all written reports received from the same.

**ANSWER:**

We Will Supplement

**INTERROGATORY NO. 9:**
If you received any injuries in any accident or occurrence or suffered any illness prior or subsequent to the malpractice alleged in the Complaint, state the details, including date, place of occurrence, nature of injuries sustained, and the names and addresses of attending physicians and the dates of all examinations or treatments for such injuries.

**ANSWER:**

None except the injuries, pain and suffering sustained as a result of the Defendants medical malpractice and negligent acts performed on the Plaintiff during the first surgery, and up until the time after the second surgery. The permanent injuries, pain, scar tissues, complications, emotional and mental damage sustained as a result of the second surgery performed by the Defendants.

**INTERROGATORY NO. 10:**
If you have ever been involved as a complaining party in any other claim for personal injury or property damage, state the date of each such claim, the place where it occurred, the nature of the claim, and the names and addresses of the other parties and identify fully any lawsuits arising out of such claims including the court, jurisdiction and docket reference.

**ANSWER:**

Personal Injury: Plaintiff has not been a party, made a claim, or a part of any other personal injury litigation matter. Property Damage: Objection: Information not relevant to a claim or defense asserted by a party.

**INTERROGATORY NO. 11:**
State the name and address of any person not otherwise mentioned in Answers to these Interrogatories who has personal knowledge of facts material to this case.

**ANSWER:**

We Will Supplement.

**INTERROGATORY NO. 12:**
State whether any organization or person (other than the Plaintiff) has any interest in this action by way of lien or subrogation. If so, state the name and address of each such organization or person, and the nature and extent of their interest.

**ANSWER:**

At this time there are none. We Will Supplement.

**INTERROGATORY NO. 13:**
State the names and addresses of all physicians, psychiatrists, psychologists, clinics and/or hospitals from whom you have ever received either consultation or treatment within the past fifteen (15) years, including in your answer the reason for each consultation or treatment and the date of said consultation or treatments.

**ANSWER**
Objection: This interrogatory seeks information that would impose an unreasonable burden or expense in the course of compliance to obtain such information, or requires the creation of such information not currently in existence. In particular, providing the reason for each consultation or treatment and the date of said consultation or treatment. The plaintiff has a very long medical history, therefore it is unreasonable cumulative and burdensome to require the Plaintiff to provide that detailed information over the past 15 years.

| | |
|---|---|
| JAMES ROBERSON   MD<br>Rheumatologist | 1160 Varnum St. N.E. (Suite 302)<br>Washington, D C 20017<br>(202) 635-1725 |
| BARI OSMAN   MD<br> Internal Med / Nephrologist | Nephrology Associates LLC.<br>7321 Hanover Parkway (Suite B)<br>Greenbelt, MD 20770<br>(301)567-9245 |
| | Davita Healthcare (Dialysis Center)<br>1200 Mercantile Lane<br>Largo,   MD (Suite 105)<br>301-322-2861 |

| | |
|---|---|
| BROWN, KENNETH MD<br>Gastroenterologist | Gastrointestinal Associates<br>106 Irving Street, N.W. (Suite 216)<br>Washington, DC 20010<br>(202) 723-8288 |
| CAMPOS LUIS MD **<br>Transplant Surgeon | University of Maryland Medical Systems<br>29 S. Greene St. (Suite 200)<br>Baltimore, MD 21201 |
| LYNT JOHNSON MD<br>AMY LU MD<br>Transplant Surgeons | Georgetown University<br>3800 Reservoir Road N.W. (4PHC)<br>Washington, DC 20007 |
| NIXON ASOMANI   MD<br>Gynecologist | 1140 Varnum St. N.E. (Suite 217)<br>Washington, DC 20017<br>(202) 529-5723<br>(410) 328-5408 |
| EDWARD RANKIN  MD<br>Orthopedic Surgeon | 1160 Varnum St.  N.E. (Suite 312)<br>Washington, DC 20017<br>(202) 526-7032 |
| LAMMING-L, NATASHA MD<br>Internal Med / Pulmonologist | 1160 Varnum St. N.E.  (Suite 215)<br>Washington, DC 20017<br>(202) 526-4600 |
| ERIC LIEBERMAN<br>Cardiology | Associates in Cardiology  PA<br>1400 Forest glen Road   (Suite 200)<br>Silver Spring, MD. 20910<br>(301) 681-5700 |
| KHOSROW MAKKI<br>Ear Nose Throat | 7247 Hanover Parkway (Suite A)<br>Greenbelt, MD 20770<br>301-345-5877 |
| ERIC FINZI   MD<br>Dermatologist<br>Physician Assistant's: TAO | 7701Greenbelt (Suite 500)<br>College Park, MD20740<br>(301) 345-7375 |
| NORMAN MCKOY   MD<br>Family Practice | 10274 Lake Arbor Way  #202<br>Mitchellville, MD. 20721<br> (301) 336-6909 |
|         *<br>SETH MORGAN   MD<br>Neurologist | 1160 Varnum St.  #204<br> NE Wash. DC 20017 |

| | |
|---|---|
| SETHI MD<br>Nephrologist | 1140 Varnum St.<br>NE Wash. DC 20017<br>(202)269-0366 |
| DAVID BLASS<br>Pulmonology | Physicians Associates-<br>5480. Wisconsin Ave<br>Bethesda, Maryland |

**INTERROGATORY NO. 14:**
If you have ever pleaded guilty to or have been convicted of any crime, other than minor traffic violations, state the nature of the crime, the date of the crime, the county or city (and state) in which the crime was committed, whether or not you were represented by counsel, and the Court's docket reference to such crime.

**ANSWER:**

Objection: This Interrogatory seeks information not relevant to a claim or defense asserted by a party, and thus is irrelevant and not subject to discovery.

**INTERROGATORY NO. 15:**
If you have ever filed for Bankruptcy, state the date you filed, and the Court's docket reference to such filing.

**ANSWER:**

Objection: This Interrogatory seeks information not relevant to a claim or defense asserted by a party, and thus is irrelevant and not subject to discovery.

**INTERROGATORY NO. 16:**
State whether you have entered into any settlement agreement or compromise with any person or institution you claim is liable for your alleged injuries and if so, identify each such person or institution, set forth in full detail the terms of any settlement agreement or release you have entered into with each such person or institution and state whether a settlement agreement or release has been executed by you or anyone on your behalf and the present custodian of any such agreement.

**ANSWER:**

Objection: The only persons or institution to enter into a settlement with are the defendants.

**INTERROGATORY NO. 17:**
Describe in detail your educational and employment history, including, but not limited to, each school attended, the inclusive dates of attendance, the name and address of the school, your course of study, degrees awarded, the name and address of each employer, the inclusive dates of each employer, your hours of work, your rate of compensation, your duties, the inclusive dates of employment and why you left each employ.

**ANSWER:**

Objection: This Interrogatory seeks information that is not relevant to any claim or defense of any party, and thus is irrelevant and not subject to discovery.

**Education**
- University of Maryland College Park, College of Health and Human Performance : Doctoral Candidate in the Department of Family Studies (2002 – present) Doctor of Philosophy Degree

- George Washington University School of Public Health, Washington DC: Masters of Public Health; Maternal and Child Health (2002)

- Howard University School of Physical and Health Education, Washington DC Masters of Science Degree in Health Education (2000).

- Howard University School of Allied Health, Washington DC Bachelor of Science in Radiation Therapy Technology (1998)

- Howard University School of Allied Health, Washington DC Associates Degree in Radiation Therapy Technology (1987)

- Montgomery Blair High School, Silver Spring, Maryland (1983)

**WORK EXPERIENCE**

1998- Present: Long-term Disability

**In general each of the following employs:**
**-40 hour work-weeks and 1 weekend month 'on call duty"**
**- Rate of compensation increased with each change of employment approx. between 32,000 to 48,000**

**-Left employ for better salary and benefits, and increase in responsibilities**

1993-1998: Radiation Therapist, Georgetown Radiation Medicine (NIH satellite) Bethesda, Maryland.
> Administered ionizing radiation in a clinical setting utilizing the following equipment: Clinac-23, Clinac-21, Clinac 20, Clinac-4(100). Simulation, record and verify systems, and quality assurance equipment utilized are: Odelft Simulator, RMS and Impact systems, Victorine calibrator, and Heustis block cutting machine. Read x-rays, supervised radiation therapist and radiation therapy students, and collected data for Doppler Protocol.

1992-1993: Radiation Therapist, MTS Health Care Services out of Washington DC.
> Administered ionizing radiation utilizing the following equipment: Siemens 6, Clinac-18, Clinac-4. Simulation, record and verification systems, and quality assurance equipment utilized include Odelft Simulator, RMS system, Victorine calibrator. Read x-rays, and supervised radiation therapy students.

1990-1992: Dosimetrist / Radiation Therapist, Georgetown Radiation Medicine (Clinton satellite) Clinton, Maryland. Administered ionizing radiation utilizing the following equipment: Clinac-4, and Therasim Simulator. Read x-rays, supervised radiation therapy students.

1989-1990: Radiation Therapist, Howard University Hospital Washington, DC. Administered ionizing radiation utilizing Clinac-18, Clinac-4.       Prepared for treatment utilizing Odelft Simulator.

**INTERROGATORY NO. 18**:
Do you claim that any medical record of yours is inaccurate, altered, missing? If so, describe the record, its date, by whom authored, how the document is inaccurate or altered, and what any missing record should reflect.

**ANSWER:**

Yes, We Will Supplement.


**INTERROGATORY NO. 19**:
Identify each individual, including any person who is not specifically named and identified as a party in this action, that you contend breached the standard of care.

**ANSWER:**

Each Defendant, and all individual employee's or agents of the Defendants whom treated or provided medical services and/or medical treatment, and/or came in any contact with the Plaintiff, whether verbal or actually physically touch the Plaintiff or the Plaintiff's person during all times relevant to the medical malpractice, and negligent acts, that occurred in the first surgery August 2004, and the subsequent surgery in September 2004 that caused the Plaintiff's injuries which are the basis of this litigation matter.

**INTERROGATORY NO. 20**:
If you contend Dr. Lu breached the standard of care, set forth all facts and circumstances that support your contention.

**ANSWER:**

Yes Dr. Amy Lu breached the standard of care during the first surgery, and during the second surgery. Furthermore Dr. Lu breached the standard of care during the time period beginning right after the first surgery was completed (which occurred August 2004) up until the second surgery began in September 2004, because of misdiagnosis and treatment. Dr. Lu breached the standard of care during the time period subsequent to the second surgery up until she released the plaintiff from under her care as her physician. Will Supplement.

**INTERROGATORY NO. 21**:
If you contend Dr. Johnson breached the standard of care, set forth all facts and circumstances that support your contention.

**ANSWER:**

Yes, misdiagnosis and treatment, Dr. Lynt Johnson breached the standard of care during the time period beginning right after the first surgery was completed (which occurred August 2004) up until the second surgery began in September 2004. Will Supplement.

**INTERROGATORY NO. 22**:
If you contend that any other individual or entity (other than Dr. Lu or Dr. Johnson) breached the standard of care, set forth all facts and circumstances that support your contention.

**ANSWER:**

Yes, the following persons breached the standard of care: Each Defendant, and all individual employee's or agents of the Defendants whom treated or provided medical services and/or medical treatment, and/or came in any contact with the Plaintiff, whether verbal or actually physically touch the Plaintiff or the Plaintiff's person during all times relevant to the medical malpractice, and negligent acts that caused the Plaintiff's injuries which are the basis of this litigation matter. Furthermore, Each Defendant, and all individual employee's or agents of the Defendants whom treated or provided medical services and/or medical treatment, and/or came in any contact with the Plaintiff, whether verbal or actually physically touch the Plaintiff or the Plaintiff's person breached the standard of care during the time period beginning right after the first surgery was completed (which occurred August 2004) up until the second surgery began in September 2004 because of misdiagnosis and treatment.Will Supplement.


**INTERROGATORY NO. 23**:
If you contend that MedStar-Georgetown is liable on any basis other than vicarious liability, state the basis and any and all facts on which you intend to rely to support your contention, including an exact description of how MedStar-Georgetown is liable, and how Medstar-Georgetown caused or contributed to the occurrence.

**ANSWER:**

We Will Supplement.

Dated:      ) New York, New York
            ) August 30, 2007

ATTORNEYS FOR PLAINTIFF


By:     ___/s/ Spencer F. Cargle_____
        SPENCER FREDERIC CARGLE, ESQ.
        CARGLE & ASSOCIATES
        67 WALL STREET, 22ND FLOOR
        NEW YORK, NEW YORK 10005
        TELEPHONE: (212) 709-8045
        BAR NO.