UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
_____X
ROBIN D. BRUTON, Individually
                          *Plaintiff,*

   -against-
                                        Civil Action No. 06CV01874
                                        **PLAINTIFF'S FIRST SET OF**
                                        **INTERROGATORIES TO**
                                        **DEFENDANTS**

MEDSTAR GEORGETOWN MEDICAL
CENTER. et al.
                         *Defendants.*
_____X

## PLAINTIFF'S EXPERT DESIGNATION

**FROM:**    Robin D. Bruton, *Plaintiff*

**TO:**    Dr. Lynt Johnson, *Defendant*

      Robin D. Bruton, Plaintiff, by and through her undersigned counsel, in accordance with F.R.C.P. Rule 26(a)(2) and this Court's Scheduling Order, hereby designate the following witness who may provide opinion testimony during the trial of the above captioned matter.

**Richard Steven Nitzberg, MD**

      Dr. Nitzberg is an expert and board certified practicing vascular surgeon, licensed to practice in the following states: State of New York; State of New Jersey; State of Massachusetts; and the State of Florida. Dr. Nitzberg is expected to testify based upon his review of the medical records, experience, training, expertise, and knowledge of medical literature, deposition transcripts, and information obtained during discovery. Dr. Nitzberg will testify that their was a deviation and breach in the standard of care the defendants

provided to the plaintiff and that standard of care did not comply with the applicable standards of care established in this jurisdiction. Furthermore Dr. Nitzberg will testify as to the causation and damages. Dr. Nitzberg will be made available for deposition.

The information contained in this designation is only the plaintiff counsel's summary.

Plaintiff reserves the right to supplement this designation, and designate additional experts as warranted.

Dated:   ) New York, New York
         ) September 10, 2007

                RESPECTFULLY SUBMITTED,

                ATTORNEYS FOR PLAINTIFFS

By:   /s/ SPENCER FREDERIC CARGLE
      SPENCER FREDERIC CARGLE, ESQ.
      CARGLE & ASSOCIATES
      67 WALL STREET, 22ND FLOOR
      NEW YORK, NEW YORK 10005
      TELEPHONE: (212) 709-8045
      BAR NO. (SC 2390)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Interrogatories was electronically emailed as an attachment in a PDF format to:

csb@gdldlaw.com

Craig S. Brodsky (Fed. Bar No. #454924)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

*Attorneys for the Health Care Providers,*
*Defendants*

Pursuant to Local Rule 104.5, the original of the above-described discovery materials shall be kept in the file of undersigned counsel until the conclusion of this action.

ATTORNEYS FOR PLAINTIFFS

By:  /s/ SPENCER FREDERIC CARGLE
SPENCER FREDERIC CARGLE, ESQ.
CARGLE & ASSOCIATES
67 WALL STREET, 22ND FLOOR
NEW YORK, NEW YORK 10005
TELEPHONE: (212) 709-8045
BAR NO. (SC 2390)

# Curriculum Vitae

## Richard Steven Nitzberg, MD

### Personal Data:

D.O.B. 7/12/57

Marital status: Married

Children: Katie 9/22/88
         Emma 3/20/90
         Michael 1/9/94

### Education:

| | | |
|---|---|---|
| 1988-1990 | Vascular Surgery Fellowship | Tufts New Eng. Medical Center, Boston, MA. |
| 1983-1988 | General Surgery Residency | Columbia Presbyterian Hospital, N.Y., N.Y. |
| 1979-1983 | Doctor of Medicine | Harvard Med. School, Boston, MA |
| 1975-1979 | Bachelor of Arts | Harvard Univ. Cambridge, MA |

### Experience:

| | | |
|---|---|---|
| 1990-1993 | General/Vascular Surgery | Private Practice Hollywood, Fla. |

| | | |
|---|---|---|
| 1993-present | General/Vascular Surgery | Private Practice Summit, NJ |

### Licensure/ Board Certification:

| | |
|---|---|
| 1983 | Licensed in state of New York |
| 1988 | Licensed in state of Massachusetts |
| 1989 | Diplomate, American Board of Surgery (General) |
| 1990 | Licensed in state of Florida |
| 1992 | Diplomate, American Board of Surgery (Vascular) |
| 1993 | Licensed in state of New Jersey |
| 1999 | Recertified in General Surgery |

### Awards/Honors:

Phi Beta Kappa, Harvard, 1979

Summa Cum Laude, Harvard, 1979

### Additional training/certification:

Laporoscopic Surgery

### Appointments:

Instructor, Tufts New England Medical Center, Boston, Mass. 1988-90

Attending surgeon: Hollywood Memorial Hospital, Hlwd., Fla. 1990-93
Hollywood Medical Center, Hlwd., Fla. 1990-93

Attending surgeon: Overlook Hospital, Summit, NJ 1993-present

Assistant Professor of Surgery- Columbia Presbyterian Hospital
NY, NY May 2000-present

Member: Medical Advisory committee-Medpartners

Member: Cancer Institute of New Jersey

Lecturer: American Heart Association

Committees, Memberships and Duties:

Patient Care Resources --Summit Medical Group (1994-1998)

Quality Assurance --Overlook Hospital (1995-1999)

Medpartners Advisory Committee (1996-present)

Active reader for the Vascular labs at Summit Medical Group

Member: Neurovascular task force—Overlook Hospital

Speaker (on stroke prevention) Academy of Medicine (New Jersey)

Director of course on Laparoscopic Hernia repairs at Overlook Hosp.

Application pending: American College of Legal Medicine

Publications and Presentations:

1994            Peer review articles:

Nitzberg RS, Mackey WC, Prendiville E, Foster E, Kastrinakis W, Belkin M, O'Donnell TF Jr. Long term follow-up of Patients Operated on for Recurrent Carotid Stenosis. JVS 1991- Jan Vol. 13(1):121-127

1995            Book and Chapter Publications:

Peter Geller, Richard Nitzberg, Anne Campbell, Joe DeRose, Mike Argenziano. Surgery Pretest, 7th edition, McGraw-Hill, New York, 1997

Thomas F. O'Donnell, Jr. and Richard Nitzberg. Vascular Graft Infections in Infectious Diseases ed. By Gorbach, Bartlett, and Blacklow. Published by Saunders, Philadelphia, 1992. 557-564.

Abstract: The Use of Gene Transfer Technology to Confirm the Origin of Endothelial Cells Seeded on Vascular Prostheses. Presented at the University Club for the Fifth Annual Vascular Fellows Conference in New York City on April 27, 1989. (Won John J. Bergan Award for the best presentation.)

Nitzberg R, Gould K, Hoysradt J, Wilson J, Birinyi L, Mulligan R, Connolly R, Prendiville E, Libby P, Callow A: Selection Techniques and Functionality Studies of Genetically Modified Endothelial Cells(GMEC). Presented at the International Society for Applied Cardiovascular Biology in Gottenberg, Sweden on June 7,1989.

Nitzberg R, Gould K, Wilson J, Birinvi L, Mulligan R, Connolly R, Libby P, Callow A: The Effect ofAntibiotic Treatment to Increase the Number of Genetically Modified Endothelial Cells (GMEC) forSeeding of Vascular Grafts. Presented at the Society for Vascular Surgeons in New York City on June18, 1989.

The Use of Gene Transfer Technology to Confirm the Origin of Endothelial Cells Seeded on Vascular Prostheses. Presented at the XIX World Congress: The International Society for Cardiovascular Surgery, Toronto on September 5-9, 1989.

Nitzberg R, Prendiville E, O'Donnell T, Mackey XV, Callow A: Does Graft Material and the Status of outflow Resistance Influence the Patency of Axillofemoral Bypasses? Presented at the Southern Association for Vascular Surgeons in Acapulco, Mexico on January 24-27, 1990.

Nitzberg R, Prendiville E, Mackey XV, Kastrinakis W, O'Donnell T, Callow A: Long Term Follow-Up of Patients Operated on for Recurrent Carotid Stenosis. Presented at the Society for Vascular Surgeons in Los Angeles, California, June 1990, JVS 1991.

Nitzberg R, Gould K, Prendiville E, Allen NI, Connolly R, Callow A: The Use of Gene Transfer Technology to Determine the Origin of Cells Lining a Seeded Vascular Prosthesis. Presented at the International Society for Cardiovascular Surgeons in Los Angeles, California, June 1990.

Nitzberg R, Coleman J, Belkin M, Pierce J, Mackey XV, O'Donnell T: The Management of Intermediate and Late In Situ Saphenous Vein Bypass Occlusions. Presented at the Eastern Vascular Society Meeting in Boston, Massachusetts, May 11-13, 1990.