IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN D. BRUTON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 06-1874 (JDB) |
| | * | |
| MEDSTAR-GEORGETOWN MEDICAL CENTER INC., et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' SECOND PRELIMINARY EXPERT DESIGNATION**

Defendants MedStar Georgetown Medical Center, Inc., Amy Lu, M.D. and Lynt Johnson, M.D. (collectively "Defendants"), by and through undersigned counsel, in accordance with F.R.C.P. 26(a)(2) and this Court's Scheduling Order, hereby submit this Second Preliminary Designation of Expert Witnesses.

1.  At this time, despite Defendants' repeated requests, neither Plaintiff nor her expert, Richard Steven Nitzberg, M.D., has been produced for deposition. Therefore, this Designation is preliminary and Defendants reserve the right to supplement this Designation once Plaintiff and her expert are deposed.

2.  Defendants preliminary designate the following witnesses who may render opinion testimony at the trial of this matter:

    a.    Seth J. Karp, M.D.
         Beth Israel Deaconess Medical Center
         Department of Surgery
         Division of Transplantation
         The Transplant Center
         110 Francis Street, 7th Floor
         Boston, Massachusetts 02215

Dr. Karp is a board certified surgeon, and is an expert in the field of kidney transplant surgery, the placement of catheters for peritoneal dialysis and the treatment of patients such as Robin Bruton. He is licensed to practice medicine in Maryland and Massachusetts. It is expected that Dr. Karp will testify based on his experience, training, expertise and knowledge of medical literature, as well as his review of the medical records, deposition transcripts and other materials produced during discovery in this matter. It is expected that he will testify that the care provided to Robin D. Bruton complied with applicable standards of care and that no breach of the applicable standards of care proximately caused injury to Ms. Bruton. It is further expected that Dr. Karp will testify as to causation and damages. Finally, Dr. Karp may testify in rebuttal to Plaintiff's experts with regard to the matters identified in Plaintiff's Expert Designation. Dr. Karp has not prepared a report. Dr. Karp's curriculum vitae will be provided under separate cover.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Karp will be made available for deposition upon request, at which time Plaintiff's counsel may thoroughly explore his opinions.

    b.    Joel B. Bowers, M.D.
         Metropolitan Radiology Associates
         3327 Superior Lane, Suite 103
         Bowie, Maryland 20715

Dr. Bowers is a board certified physician specializing in radiology. He is licensed to

practice medicine in Maryland, Virginia, California and the District of Columbia. It is expected that he will testify based on his experience, training and expertise, as well as a review of the medical records and radiology/imaging studies in this matter and any other medical records that have been or will be made available to him. Dr. Bowers is also expected to address the interpretation and findings on the imaging studies taken of Ms. Bruton while a patient at Medstar-Georgetown Medical Center, Inc. It is expected that Dr. Bowers will testify that the Defendants did not breach the standard of care as alleged. Dr. Bowers is also expected to testify as to the issues of causation and damages. Finally, Dr. Bowers may testify in rebuttal to Plaintiff's experts with regard to the matters identified in Plaintiff's Expert Designation. Dr. Bower's has not prepared a report. A copy of his curriculum vitae will be provided under separate cover.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Bowers will be made available for deposition upon request, at which time Plaintiff's counsel may thoroughly explore his opinions.

 c. **David K. Klassen, M.D.**
  **University of Maryland School of Medicine**
  **22 S. Greene Street**
  **Baltimore, Maryland 21201**

Dr. Klassen is a board certified physician specializing in nephrology. He is licensed to practice medicine in Maryland. It is expected that Dr. Klassen will testify based on his experience, training, expertise, and knowledge of medical literature, as well as his review of the medical records, deposition transcripts and other materials produced during discovery in this matter. It is expected that he will testify that the care provided to Robin D. Bruton complied with applicable standards of care and that no breach of the applicable standards of

care proximately caused injury to Ms. Bruton. It is further expected that Dr. Klassen will testify as to causation and damages. Finally, Dr. Klassen may testify in rebuttal to Plaintiff's expert with regard to the matters identified in Plaintiff's Expert Designation. Dr. Klassen has not prepared a report. Dr. Klassen's curriculum vitae will be provided under separate cover.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Klassen will be made available for deposition upon request, at which time Plaintiff's counsel may thoroughly explore his opinions.

    d.    **Stanely C. Jordan, M.D.**
            **Cedars-Sinai Medical Center**
            **8635 W.3rd St., Suite 590W**
            **Los Angeles, CA 90048**

Dr. Jordan is a board certified physician specializing in nephrology and pediatric nephrology. In addition, he is the Medical Director of the Renal Transplant Program at Cedars Sinai Medical Center. He is licensed to practice medicine in California and North Carolina. It is expected that Dr. Jordan will testify based on his experience, training, expertise, and knowledge of medical literature, as well as his review of the medical records, deposition transcripts and other materials produced during discovery in this matter. It is expected that he will testify that the care provided to Robin D. Bruton complied with applicable standards of care and that no breach of the applicable standards of care proximately caused injury to Ms. Bruton. It is further expected that Dr. Jordan will testify as to causation and damages. Finally, Dr. Jordan may testify in rebuttal to Plaintiff's expert with regard to the matters identified in Plaintiff's Expert Designation. Dr. Jordan has not provided a report. Dr. Jordan's curriculum vitae will be provided under separate cover.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Jordan will be made available for deposition upon request, at which time Plaintiff's counsel may thoroughly explore his opinions.

e. **David Kafonek, M.D.**
   **10751 Falls Road, Suite 303**
   **Lutherville, Maryland 21093**

Dr. Kafonek is a board certified physician specializing in gastroenterology. He is licensed to practice medicine in the State of Maryland. It is expected that he will testify based on his experience, training and expertise, as well as a review of the medical records in this matter and any other medical records that have been or will be made available to him. It is expected that he will testify as to damages, as well as Ms. Bruton's pre-existing and current health, including but not limited, to her gastrointestinal complaints. Finally, Dr. Kafonek will testify in rebuttal to Plaintiff's expert with regard to the matters identified in Plaintiff's Expert Designation. Dr. Kafonek has not prepared a report. Dr. Kafonek's curriculum vitae will be provided under separate cover.

This description represents a lawyer's summary only and is not intended to comprise a verbatim recitation of the doctors' opinions. Dr. Kafonek will be made available for deposition upon request, at which time plaintiff's counsel may thoroughly explore his opinions.

3. Defendants reserve the right to call as a witness and/or elicit opinion testimony from any physician, or other health care provider who evaluated or provided care or treatment to Ms. Bruton. These health care providers include, but are not limited to, those employees and other health care providers who evaluated and treated Ms. Bruton at Medstar-Georgetown Medical Center, and their identities have been disclosed to Plaintiff in the medical records

provided by Defendants. Said health care providers, if called to testify, are expected to testify in accord with their diagnosis, treatment and evaluation of Ms. Bruton as reflected in the medical records.

4. Defendants reserve the right to call as a witness and/or elicit opinion testimony from any expert designated by any other party to this case.

5. Defendants reserve the right to supplement this designation, and designate additional witnesses in any appropriate specialty.

Respectfully submitted,

_____
Susan T. Preston (D.C. Bar No.: 419950)
Craig S. Brodsky (D.C. Bar No: 454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

Attorneys for Defendants

#900436