UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN D. BRUTON,**<br><br>    **Plaintiff,**<br><br>            v.<br><br>**GEORGETOWN UNIV., et al.,**<br><br>    **Defendants.** | Civil Action No.  06-1874 (JDB) |

### ORDER

Pursuant to the telephone conference held with the Court on this date, and based upon the representations of counsel that repeated attempts have been made to schedule the depositions of plaintiff and plaintiff's named expert, it is this 29th day of October, 2007, hereby

**ORDERED** that plaintiff shall appear for a deposition prior to November 22, 2007; and it is further

**ORDERED** that the parties shall arrange for plaintiff's named expert to be deposed prior to December 14, 2007.

**SO ORDERED**.

                                    /s/ John D. Bates
                                    JOHN D. BATES
                            United States District Judge