IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN D. BRUTON | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No.: CV01874 JDB |
| | * | |
| MEDSTAR-GEORGETOWN MEDICAL CENTER INC., *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' REQUEST FOR ADMISSIONS TO PLAINTIFF ROBIN BRUTON

Defendants, MedStar Georgetown Medical Center, Inc., Amy Lu, M.D. and Lynt Johnson, M.D., by and through its counsel, pursuant to Federal Rule of Civil Procedure 36, request that Plaintiff admit the following:

Request No. 1: No agent, employee or servant of MedStar Georgetown Medical Center, Inc. breached the standard of care.

Response:

Request No. 2: Dr. Lynt Johnson did not breach the standard of care.

Response:

Request No. 3: Dr. Amy Lu did not breach the standard of care.

Response:

Request No. 4:  No alleged breach of the standard of care by an agent, servant or employee of MedStar Georgetown Medical Center, Inc. caused damage to Robin Bruton.

Response:

Request No. 5:  No alleged breach of the standard of care by Lynt Johnson, M.D. caused damage to Robin Bruton.

Response:

Request No. 6:  No alleged breach of the standard of care by Amy Lu, M.D. caused damage to Robin Bruton.

Response:

Request No. 7:  Robin Bruton signed the consent form attached hereto as Exhibit A.

Response:

Request No. 8:  A physician does not breach the standard of care by perforating the transverse colon during the placement of a peritoneal dialysis cathether.

Response:

Request No. 9:  A physician does not breach the standard of care by perforating the transverse colon during the placement of a peritoneal dialysis cathether if the complication is recognized in a reasonable period of time.

Response:

<u>Request No. 10</u>: Defendants recognized that Ms. Bruton's transverse colon was perforated within a reasonable period of time.

<u>Response</u>:

<u>Request No. 11</u>: Admit that you are still a candidate for placement of a peritoneal dialysis catheter.

<u>Response</u>:

<u>Request No. 12</u>: On August 24, 2004 during the 8:00 a.m. assessment, you did not complain of pain to the nurses at MedStar Georgetown University Hospital.

<u>Response</u>:

<u>Request No. 13</u>: Admit that during the 8:00 a.m. assessment on August 25, 2004 you did not complain of pain to the nurses at MedStar Georgetown University Hospital.

<u>Response</u>:

<u>Request No. 14</u>: Admit that at 7:45 p.m. on August 25, 2004 you did not complain of pain to the nurses at MedStar Georgetown University Hospital.

<u>Response</u>:

<u>Request No. 15</u>: Admit that on August 26, 2004 at 6:00 a.m. you did not complain of pain to nurses at MedStar Georgetown University Hospital.

<u>Response</u>:

Request No. 16: Admit that on August 26, 2004 at 11:30 a.m. you did not complain of pain to nurses at MedStar Georgetown University Hospital.

Response:

Request No. 17: Admit that on August 26, 2004 during the 8:00 p.m. assessment, you did not complain of pain to nurses at MedStar Georgetown University Hospital.

Response:

Request No. 18: Admit that on August 27, 2004 during the midnight assessment, you did not complain of pain to nurses at MedStar Georgetown University Hospital.

Response:

Request No. 19: Admit that on August 26, 2004 when evaluated by Dr. Llach you denied experiencing abdominal pain.

Response:

Request No. 20: Admit that on August 27, 2004 during the 8:00 a.m. assessment, you denied abdominal pain.

Response:

Request No. 21: Admit that on August 28, 2004 during the 8:00 a.m. assessment, you denied abdominal pain.

Response:

Request No. 22: Admit that on August 29, 2004 during the 8:00 p.m. assessment, you denied abdominal pain.

Response:

Request No. 23: Admit that on August 29, 2004 during the midnight assessment, you denied abdominal pain.

Response:

Request No. 24: Admit that you denied having pain on August 30, 2004.

Response:

Request No. 25: Admit that on September 1, 2004 you denied having abdominal pain to Dr. Aslam.

Response:

Request No. 26: Admit that on September 13, 2004 you denied having pain to Dr. Lu.

Response:

Request No. 27: Admit that on September 25, 2004 you denied having pain at 12:00 noon.

Response:

Request No. 28: Admit that on September 25, 2004 you denied having pain during the renal consult.

Response:

<u>Request No. 29</u>:  Admit that on February 22, 2005 in a visit with Dr. Lu you denied having pain.

<u>Response</u>:

<u>Request No. 30</u>:  Admit that you were evaluated by the Division of Transplantation and Liver/Pancreas Surgery at MedStar Georgetown Medical Center on February 22, 2005 by Dr. Amy Lu.

<u>Response</u>:

<u>Request No. 31</u>:  Admit that on February 22, 2005 the only symptom you reported to Dr. Lu was that you were having intermittent diarrhea.

<u>Response</u>:

<u>Request No. 32</u>:  Admit that the document attached as Exhibit B is a true and accurate copy of a consultation note from Dr. Eric Lieberman, a cardiologist.

<u>Response</u>:

<u>Request No. 33</u>:  Admit that you did not complain to Dr. Lieberman that you were suffering from abdominal pain.

<u>Response</u>:

<u>Request No. 34</u>:  Admit that the document attached hereto as Exhibit C is a history and physical examination from the OB/GYN Center for Life at Providence Hospital.

<u>Response</u>:

Request No. 35: Admit that you did not complain to the physicians that the OB/GYN Center for Life that you were suffering from abdominal pain.

Response:

Request No. 36: Admit that no medical record of yours is inaccurate.

Response:

Request No. 37: Admit that no medical record of yours authored by any Defendant has been altered.

Response:

Request No. 38: Admit that no medical record of yours authored by any Defendant is missing.

Response:

Request No. 39: Admit that you have been on long term disability since 1998.

Response:

Request No. 40: Admit that you have sustained no lost wages as a result of the alleged malpractice.

Response:

Request No. 41: Admit that you have never pled guilty to a crime.

Response:

Request No. 42: Admit that you have never filed for bankruptcy.

Response:

Request No. 43: Admit that on October 22, 2004 you told Dr. Roberson that you felt ok.

Response:

Request No. 44: Admit that on February 21, 2005 you told Dr. Roberson that you felt pretty good.

Response:

Respectfully submitted,

/s/ Craig S. Brodsky
Susan T. Preston (D.C. Bar No.: 419950)
Craig S. Brodsky (D.C. Bar No: 454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of November 2007, Defendants Request for Admissions was sent via ECF and first class mail to:

Spencer F. Cargle, Esquire
Cargle & Associates
Attorneys at Law
67 Wall Street, 22nd Floor
New York, New York 10005

/s/ Craig S. Brodsky
Craig S. Brodsky (D.C. Bar No: 454924)

- 8 -

# EXHIBIT A

**Georgetown University Hospital**
MedStar Health

GEORGETOWN UNIVERSITY HOSPITAL
3800 Reservoir Road, NW
Washington, DC 20007

**CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES**

```
5050848  BRUTON ,ROBIN D
LU, AMY D           BAP  F- 39
2600 VALLEY WA HYATTSVILL MD
08/19/04  ASU 7701753803
              DOB  03/01/1965
```

Date __8/19/04__ Time __1230__ ☐ A.M. ☒ P.M.

1. I authorize the performance upon __Myself__
   (MYSELF OR NAME OF PATIENT)

   of a procedure known as __PD Catheter Placement__
   (TITLE OF PROCEDURE)

   to be performed under the direction of Dr. __Amy__ __Lu__
   (FIRST NAME) (LAST NAME)

2. I acknowledge that Dr. __Amy__ __Lu__
   (FIRST NAME) (LAST NAME)

   has described the nature of this procedure in terms which I understand and has answered all questions I have asked about it to my satisfaction. The doctor has also explained significant complications and risks that may be associated with this procedure, including complications and risks of anesthesia. The doctor has advised me of possible alternatives to this treatment, including the possible consequences of no treatment at all, and the significant complications and risks associated with such alternatives. I understand that in the course of the procedure the doctor may determine that procedures in addition or different from this procedure may be necessary to my well being and that it would not be practical to obtain my further consent at the time. I therefore authorize the doctor to perform such procedures without further consultation with me.

3. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for that service.

4. I acknowledge that Georgetown University Hospital is a teaching institution. For purposes of advancing medical education, I consent to the admittance of observers to the operating room and to the photographing or televising of the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

Signed: _[signature]_ Relation to Patient: _____

Witness to Signature: _Nancy E. [signature]_

---

**DAY OF SURGERY:**

PROCEDURE LISTED ABOVE RE-READ AND CONFIRMED: _[signature]_
                                                PROCEDURE PHYSICIAN

SITE MARKED: ☐ LEFT  ☐ RIGHT  ☒ N/A  _[signature]_
                                       PROCEDURE PHYSICIAN

PATIENT IDENTITY CONFIRMED: _[signature]_ & _____
                            CIRCULATING / PROCEDURE NURSE   ANESTHESIA CARE PROVIDER

MR 070.070 (8/03) (F3F)

# EXHIBIT B

# ASSOCIATES IN CARDIOLOGY, P.A.

ALAN I. KERMAIER, M.D.  
MICHAEL A. LINCOLN, M.D.

PETER J. SABIA, M.D., F.A.C.C.

DAVID B. GROSSBERG, M.D., F.A.C.C.  
ERIC B. LIEBERMAN, M.D., F.A.C.C.

*Diplomates, ABIM - Subspecialty of Cardiovascular Disease*

| 1400 Forest Glen Road, Suite 200 | 3110 Gracefield Road | 7350 Van Dusen Road, Suite 350 |
| Silver Spring, MD 20910 | Silver Spring, MD 20904 | Laurel, MD 20707 |
| Office: (301) 681-5700 | Office: (301) 681-5700 | Office: (301) 681-5700 |
| Fax: (301) 681-5599 | Fax: (301) 681-5599 | Fax: (301) 681-5599 |

September 30, 2005

RE: Robin Bruton

Dear Dr. Osman:

I had the pleasure of seeing Ms. Bruton in consultation today due to dyspnea and lower extremity edema. The patient is a complex 40-year-old woman with systemic lupus erythematosus and endstage renal disease requiring hemodialysis. The patient is referred for several reasons. Primarily, her blood pressure has been uncontrolled. Secondarily, the patient reports that she has had ankle swelling over the past 3 months. Third, the patient notes dyspnea and cough when supine in bed. This has been present for approximately 2 months and makes it difficult for her to sleep. I first met the patient in February 2005, when she underwent a dobutamine stress echocardiogram to screen for coronary disease prior to potential renal transplantation. The dobutamine stress echocardiogram demonstrated normal left ventricular systolic function at baseline and appropriate augmentation of systolic function with dobutamine stress. Unfortunately, the patient has not yet undergone renal transplantation. She has been maintained on twice weekly hemodialysis since April 2004. In July 2005, she underwent insertion of a stent in her right renal artery as treatment for her severe hypertension. That procedure was done at Southern Maryland Hospital by Dr. Dale Johnson. The patient reports that her blood pressure control improved for only the first 2 weeks following the procedure but her blood pressure has remained poorly controlled since that time. She has received no followup to evaluate patency of the stent. For the past 3 months, Ms. Bruton has noted edema of both legs that occurs as the day progresses. When she arises in the morning, she has no edema but if she leaves her ankles below the level of her chest for only a short period of time, she becomes edematous. She has had no calf tenderness. She denies any chest discomfort. She admits to PND as noted above.

PAST MEDICAL HISTORY:
Systemic lupus complicated by aseptic necrosis of both hips, lupus cerebritis, lupus nephritis, endstage renal disease, and asthma. In addition, the patient has had bouts of pneumonia and has been intolerant of peritoneal dialysis. Of note, the above is a summary of the patient's past medical history. She brings in 5 pages of typed single-spaced summaries of her past medical history and 3 pages of typed summaries of her past surgical procedures.

SOCIAL HISTORY:
She is single. She denies any use of alcohol, tobacco, or illegal drugs.

MEDICATIONS:
Avapro 300 mg q.d., Coreg 25 mg b.i.d., Procardia XL 90 mg b.i.d., clonidine 0.2 mg q.d. in addition to Catapres TTS 3 patch once weekly, hydralazine 50 mg t.i.d., Sensipar 30 mg q.d., Lipitor 20 mg q.d., Remegel 2400 mg t.i.d., Renacaps 1 q.d., albuterol 2 puffs q.4h., Fiorinal 1 to 2 tablets q.4h. p.r.n., Plavix 75 mg p.o. q.d. until mid October 2005, and Ambien 5 mg p.o. q.h.s. In addition, the patient receives Epogen and Zemplar during dialysis.

ALLERGIES:
Bactrim causes throat and facial edema, azithromycin causes pruritus, Dilaudid causes hives, and Compazine causes uncontrolled anxiety.

REVIEW OF SYSTEMS
Notable for the sequela of systemic lupus as noted above.

(Continued)

ROBIN BRUTON                                                                 Page Two

**PHYSICAL EXAMINATION:**
The patient is a pleasant thin woman who is alert and oriented and in no distress. Blood pressure is 174/102 in the right arm. Pulse is 80 beats/minute and regular. Respiratory rate is 16 breaths/minute. Height is 68 inches. Weight is 128 pounds. Jugular venous pressure is normal. Carotids artery is 3+ bilaterally and without bruits. The lungs are clear. Her dialysis fistulas are noted on the left upper arm. On cardiac exam, the precordium is hyperdynamic. There is a loud S4 gallop. There is a pericardial friction rub at the apex. There are no murmurs. Abdomen is notable for a periumbilical surgical scar that is completely healed. There are no abdominal bruits. There is no lower extremity edema.

EKG: Sinus rhythm with left atrial enlargement and left ventricular hypertrophy by voltage criteria.

**ASSESSMENT:**
1. Hypertension, poorly controlled: The patient likely has kidneys that remains endocrinologically active and secreting renin. She may benefit by the addition of an ACE inhibitor to her medical regimen. Of course, the electrolytes will need to be closely monitored in the setting of both ARB and ACE inhibitor therapy but she receives such monitoring through her dialysis center.
2. Lower extremity edema: This is most consistent with medication-associated fluid retention. Of note, the patient's Procardia dose is extraordinary high and may be causing some iatrogenic fluid retention. Therefore, I would recommend reducing her Procardia dose.
3. Paroxysmal nocturnal dyspnea: The patient's history of PND in association of lower extremity edema and the presence of a friction rub is concerning. The differential diagnosis would include left ventricular systolic dysfunction due to poorly controlled hypertension (unlikely since her LV function was normal in February), constrictive pericarditis due to chronic lupus pericarditis, or occult valvular heart disease not appreciated on examination. An echocardiogram will be scheduled urgently.

**PLAN:**
1. Decrease Procardia XL to 90 mg q.d.
2. Start Altace 2.5 mg p.o. q.d.
3. Echocardiogram this afternoon (it will be dictated under separate cover).
4. New arterial duplex ultrasound to be performed at the Washington Hospital Center Vascular Lab to exclude restenosis of the renal artery stent.
5. The patient will follow up with me in 2 to 3 weeks to review her imaging studies and reassess her hypertension.

Thank you for referring Ms. Bruton for evaluation.

Sincerely,

Eric Lieberman, M.D.
EL:cbs/ls            DOD: 09/30/2005            DOT: 10/01/2005

cc: David A. Blass, M.D.
    James C. Roberson, II, M.D.

# EXHIBIT C



**OB/GYN Center for Life**
**History and Physical Examination**

Patient Name: Benton, Robin     DOB: 3-1-66     Date of Examination: 10/13/05

Presenting Complaint and History: 40 y/o AA ♀ here today for annual exam — Dx:
Dialysis & Needs Transplant / Renal / Cerebral / CVA

### Medical History
Illnesses: Asthma, HTN, Sarcoid, SLE?
Surgeries: TAH, Endoscopy for Post Bleeding
Injuries:

### Social History
Medications: See List
Allergies: See Sheet
Tobacco: ⊖   Alcohol: ⊖   Drugs: ⊖
Education:   Occupation:
Marital Status:   Special Concerns:

### OB/GYN History
G1  T1  P0  SAB 0  VIP 0  LC 1  LMP TAH  (Contraceptive Method) None
Menarche   Cycle   Flow   Sexual Orientation   Sexual Dysfunction
History of Sexual Abuse   Eating Disorder?
Sexually Transmitted Diseases: Chlamydia
Last PAP: 2/04   Result: UNK   History of Abnormal PAP: Denies

### Health Maintenance
HT  PPD  Pneumovax  Flu  CXR  Mammo  Dental  Eye

### Family History
Cancer   Cardiovascular   Diabetes   Sickle Cell   Genetic
Other

### Review of Symptoms
General
Skin
EENT
Pulmonary
Cardiac
Gastrointestinal
Genitourinary
Musculoskeletal
Neurologic
Endocrine
Psychiatric

OB History: NSVD x 1
GYN History: TAH

Return Visit:     Signature:

page 1 of 2

**OB/GYN Center for Life**
**Physical Examination**

| Patient Name: | | DOB: | |
|---|---|---|---|
| Height: | Weight: 132 | Temp: | Pulse: | BP: nl/nl |

**Head:**
**Eyes:**
**Ears:**
**Nose/Throat/Dental:** nl
**Neck:**
**Back:**
**Chest:** nl
**Breasts:** Fibrocystic-type Disease
**Heart:** nl
**Abdomen:** Healed Surgical Scar
**Pelvis:**  Introitus: nl   Vagina: nl   Cervix: Absent
           Uterus: Absent   Adnexae: NEG
           Rectal — not done
**Lymphatic:**
**Musculoskeletal:** nl
**Neurological:** nl
**Psychiatric:**

**Diagnosis:** Annual Exam

**Plan:** 1) Ann MRI/PAP w/in 1yr

[signature]

**HIV Consent:**

page 2 of 2