UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN D. BRUTON,

    Plaintiff,

    v.

GEORGETOWN UNIV., et al.,

    Defendants.

Civil Action No. 06-1874 (JDB)

## ORDER

Upon consideration of the representations of counsel at the status conference held with the Court on this date, and the entire record herein, it is this 17th day of December, 2007, hereby

**ORDERED** that by not later than December 24, 2007, the parties shall meet and confer regarding all outstanding discovery issues; it is further

**ORDERED** that the parties shall discuss plaintiff's request to take the testimony of defendants' experts by deposition upon written questions and shall file a joint status report by not later than December 31, 2007, to advise the Court of the agreement reached by the parties; if the parties are unable to reach an agreement, each party shall make a separate filing, limited to three pages, setting forth its position by not later than December 31, 2007, it is further

**ORDERED** that supplementation of existing discovery shall be made by not later than December 31, 2007; it is further

**ORDERED** that plaintiff may file a motion for leave to file an amended complaint, in accordance with the Local Civil Rules, by not later than December 31, 2007; any opposition shall be filed by not later than January 14, 2008; and any reply shall be filed by not later than

January 22, 2008; it is further

    **ORDERED** that motions to compel, if any, shall be filed by not later than January 11, 2008; oppositions shall be filed by not later than January 22, 2008; and replies shall be filed by not later than January 28, 2008; it is further

    **ORDERED** that all discovery shall be completed by February 29, 2008; it is further

    **ORDERED** that dispositive and Daubert motions shall be filed by not later than March 31, 2008; oppositions shall be filed by not later than April 30, 2008; and replies shall be filed by not later than May 20, 2008; and it is further

    **ORDERED** that the parties shall appear for a status conference on March 3, 2008, at 9:00 a.m. in Courtroom Eight.

    Absent truly extraordinary circumstances there will be no deviations from this schedule.

    **SO ORDERED**.

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                        United States District Judge