**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBIN D. BRUTON,

    Plaintiff,

      v.

GEORGETOWN UNIV., et al.,

    Defendants.

Civil Action No.  06-1874 (JDB)

## ORDER

On January 1, 2008, plaintiff Robin D. Bruton submitted a motion for leave to file an amended complaint.  Plaintiff seeks to: (1) add a claim for failure to diagnose and a claim for lack of informed consent, (2) add five additional physicians as new defendants, and (3) voluntarily dismiss her claims against Dr. Lynt Johnson.

Under Fed. R. Civ. P. 15(a)(2), leave to amend is freely granted -- "[i]f the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." Foman v. Davis, 371 U.S. 178, 182 (1962).  Here, plaintiff insists that defendants were provided notice of these claims, and plaintiff's expert has already testified regarding the failure to diagnose.  Moreover, several depositions have yet to be completed.  To allow plaintiff an opportunity to test the merits of her failure to diagnose and lack of informed consent claims, the Court will permit the amendment of the complaint to add these additional claims.

The Court will not permit, however, the amendment of the complaint to add five additional physicians as defendants.  In the Court's discretion, leave to amend may be denied when

the Court finds "undue delay, bad faith or dilatory motive on the part of the movant, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment." Id. at 182.  Pursuant to this Court's January 30, 2007 order, the parties were originally required to join additional parties by April 24, 2007.  On August 17, 2007, the Court entered an amended order allowing plaintiff additional time and requiring new parties to be added by September 10, 2007.  Although no additional parties had been added when a status conference was held on December 17, 2007, the plaintiff expressed a desire to file an amended complaint. The Court thereafter directed that a motion for leave to amend the complaint could be filed by not later than December 31, 2007.  On all occasions, plaintiff has disregarded and failed to meet the Court's deadlines.

As defendants point out, plaintiff's delay in attempting to add the new parties is inexcusable.  Plaintiff's medical records (attached to defendants' opposition) clearly contain the names of all physicians plaintiff now seeks to add, and plaintiff concedes as much.  Additionally, defendants contend that they identified each of these individuals in their interrogatory responses on October 4, 2007.  Although the documents demonstrate that plaintiff should have been aware of her treating physicians at the initiation of this lawsuit, plaintiff has delayed for more than a year before seeking to add them as defendants.  The Court finds that these physicians would be unduly prejudiced by their inability to participate in this litigation starting at an earlier date, and that these proceedings would be unduly delayed by permitting the requested amendment.

Accordingly, upon consideration of [30] plaintiff's motion for leave to file an amended complaint, and the entire record herein, it is this 22nd day of February, 2008, hereby

**ORDERED** that plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff's request to add a claim for failure to diagnose and a claim for lack of informed consent is **GRANTED**; it is further

**ORDERED** that plaintiff's request to add Dr. Aimee Crago, Dr. Aarti Mathur, Dr. Michael Doff, Dr. Tedla Tessema, and Dr. Jaime Schwartz as defendants is **DENIED**; it is further

**ORDERED** that all claims against Dr. Lynt Johnson are **DISMISSED**, and Dr. Lynt Johnson shall be terminated as a defendant; and it is further

**ORDERED** that plaintiff shall file an amended complaint, which complies with this Court's order, by not later than March 4, 2008.

**SO ORDERED**.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge