IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN D. BRUTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. Act.No. 06CV 01874 JDB |
| ) | |
| MEDSTAR-GEORGETOWN ) | |
| MEDICAL CENTER, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Mr. Clerk:

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), please enter Plaintiff's claims against defendant Amy Lu, M.D. as "dismissed without prejudice."

_____   #454294
CRAIG BRODSKY
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000
csb@gdldlaw.com
Attorney for Defendants

_____   #470448
SPENCER CARGLE
566 Edison Drive
E. Windsor, New Jersey  08520
(646) 234-6251
sfcargle.esq@gmail.com
Attorney for Plaintiff