IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN D. BRUTON | * |
| *Plaintiff*, | * |
| v. | * |
| | Civil Action No.: 06-1874 (JDB) |
| | * |
| MEDSTAR-GEORGETOWN MEDICAL CENTER INC., et al. | * |
| *Defendant*s. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through counsel, hereby stipulate and agree to dismiss all claims in the above-captioned case with prejudice. Open court costs, if any, shall be paid by the Defendant.

Respectfully submitted,

/s/ Spencer F. Cargle
Spencer F. Cargle (Bar No.: 470448)
Cargle & Associates
566 Edison Drive
E. Windsor, New Jersey 08520
*Attorneys for Plaintiff*

/s/ Craig S. Brodsky
Susan T. Preston (Bar #: 419950)
Craig S. Brodsky (Bar #: 454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th of May, 2008, a copy of the aforegoing Stipulation of Dismissal With Prejudice was sent via email (sfcargle.esq@gmail.com) and first class mail, postage prepaid to:

Spencer S. Cargle, Esquire
Cargle & Associates
566 Edison Drive
E. Windsor, New Jersey  08520

/s/ Craig S. Brodsky
Craig S. Brodsky

4839-8752-3842